IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 2 7 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| PAUL RICHARD COLELLA, | § | |
| | § | |
| Petitioner, | § | |
| | § | CIVIL ACTION NO. B-01-166 |
| -v- | § | |
| | § | |
| JANIE COCKRELL, Director, Texas | § | |
| Department of Criminal Justice, | § | |
| Institutional Division, | § | |
| | § | |
| Respondent. | § | |

**PETITIONER'S UNOPPOSED MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS**

Counsel, on behalf of Petitioner PAUL RICHARD COLELLA, respectfully requests leave to file the accompanying Motions without payment of costs and otherwise to proceed in this cause as an indigent. Petitioner submits the attached affidavit in support of this motion swearing that he does not possess sufficient means to pay for the costs of this litigation.

WHEREFORE Mr. Colella prays that he be allowed to so proceed.

Respectfully submitted,

_____
Michael V. Powell
Southern District No. 5429
State Bar No. 16204400
Locke Liddell & Sapp, LLP
2200 Ross Ave., Suite 2200
Dallas, Texas 75201
Ph: (214) 740-8520
F: (214) 740-8800

1

Mandy Welch
Attorney-in-Charge
Southern District No. 15543
Texas Bar No. 21125380
Burr & Welch
412 Main Street, Suite 1100
Houston, Texas  77002
Tel. (713) 227-0200
Fax (713) 227-0215

Susan L. Karamanian
Southern District No.  10787
State Bar No. 11097600
2000 H. Street NW
Washington, D.C.
Ph: (202) 994-1210
F: (202) 994-9446

COUNSEL FOR PETITIONER


## CERTIFICATE OF SERVICE

I hereby certify that I have caused the foregoing pleading to be served on Respondent by mailing, via the U.S. Postal Service, postage prepaid a copy of the pleading to counsel for Respondent, Capital Litigation Division, Office of the Attorney General, P.O. Box 12548, Capitol Station, Austin, Texas 78711, this 25th day of September, 2001.

Michael V. Powell

2

## CERTIFICATE OF CONFERENCE

I certify that on September 25, 2001, I spoke by telephone with Assistant Attorney General of Texas Charles Palmer, who stated that Respondent does not oppose the foregoing motion for leave for Petitioner to appear in forma pauperis.

*Michael Powell* (signature)

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PAUL RICHARD COLELLA, | § | |
| | § | |
| Petitioner, | § | |
| | § | CIVIL ACTION NO. B-01-166 |
| -VS- | § | |
| | § | |
| JANIE COCKRELL, Director, Texas | § | |
| Department of Criminal Justice, | § | |
| Institutional Division, | § | |
| | § | |
| Respondent. | § | |

**AFFIDAVIT IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS**

I, _Paul Colella_ being first duly sworn, depose and say that I am the Petitioner in the above-entitled case; that in support of my motion to proceed without being required to repay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of this case or to give security therefor; and that I believe I am entitled to redress.

I further swear that the responses which I have made to the questions and instructions below relating to my ability to pay the cost of proceeding in this Court are true and correct.

1. Are you presently employed? Yes___ No ✓

   a. If the answer is yes, state the amount of your salary or wages per month and give the name and address of your employer.

   _____

    b.    If the answer is no, state the date of your last employment and the amount of the salary or wages per month which you received.

_____

_____

2. Have you received within the past twelve months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, pensions, annuities, life insurance, gifts, inheritances, or other sources?

Yes____ No ✓

    a.    If the answer is yes, describe each source of income and state the amount received from each during the past twelve months.

_____

3. Do you own any cash or checking or savings account? Yes____ No ✓

If the answer is yes, state the total value of the items owned. _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? Yes____ No ✓

    a.    If the answer is yes, describe the property and state its approximate value.

_____

2

5.  List the persons who are depending upon you for support and state your relationship to those persons.

_____

I understand that a false statement or answer to any question in this affidavit will subject me to penalties for perjury.

Executed on September 24, 2001.

/s/ _____
Paul Richard Colella

Subscribed and sworn to before me this 24 day of Sept 2001.

_____
Notary

My commission expires 5-14-2002



RONALD M. BUSH
NOTARY PUBLIC
STATE OF TEXAS
My Commission Expires 05-14-2002

3

```
CSINIB02/CINIB02      TEXAS DEPARTMENT OF CRIMINAL JUSTICE         09/24/01
TL49/RBU0034              IN-FORMA-PAUPERIS DATA                   12:08:55
TDCJ#: 00999045 SID#: 04731702 LOCATION: POLUNSKY       INDIGENT DTE: 00/00/
NAME: COLELLA,PAUL RICHARD              BEGINNING PERIOD: 03/01/01
PREVIOUS TDCJ NUMBERS:
CURRENT BAL:          87.74 TOT HOLD AMT:          0.00 3MTH TOT DEP:   268.
6MTH DEP:            408.79 6MTH AVG BAL:         57.16 6MTH AVG DEP:    68.
MONTH HIGHEST BALANCE TOTAL DEPOSITS    MONTH HIGHEST BALANCE TOTAL DEPOSITS
08/01     126.98           199.33       05/01      75.36             90.00
07/01      45.27            49.46       04/01     148.85              0.00
06/01      68.20            20.00       03/01     175.92             50.00
PROCESS DATE   HOLD AMOUNT      HOLD DESCRIPTION
```

STATE OF TEXAS COUNTY OF **Polk**
ON THIS THE **24** DAY OF **September 2001** I CERTIFY THAT THIS DOCUMENT IS A TRUE,
COMPLETE, AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE
COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NP SIG:
PF1-HELP PF3-END ENTER NEXT TDCJ NUMBER: _____ OR SID NUMBER: _____



RONALD M. BUSH
NOTARY PUBLIC
STATE OF TEXAS
My Commission Expires 05-14-2002

*Ronald M. Bush*
*Notary Public*