Case 1:01-cv-00166   Document 4   Filed in TXSD on 09/27/2001   Page 1 of 22

4

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
FILED

SEP 2 7 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| **PAUL RICHARD COLELLA,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **-V-** | § | CIVIL ACTION NO. **B-01-166** |
| | § | |
| **JANIE COCKRELL, Director, Texas** | § | |
| **Department of Criminal Justice,** | § | |
| **Institutional Division,** | § | |
| | § | |
| **Respondent.** | § | |

---

## COUNSELS' STATEMENT OF WILLINGNESS TO ACCEPT APPOINTMENT

This Statement is filed on behalf of Mr. Paul Richard Colella simultaneously with a Motion for the Appointment of Counsel, a Motion for Leave to Proceed In Forma Pauperis, and a supporting affidavit. The undersigned attorneys inform the Court as follows:

1.       Paul Richard Colella was convicted of capital murder and sentenced to death in the 357th District Court of Cameron County, Texas, in 1992. His direct appeal was denied by the Court of Criminal Appeals on October 11, 1995. *Colella v. State*, 915 S.W.2d 834. On September 19, 2001, the Texas Court of Criminal Appeals denied the relief that Mr. Colella had sought in his Application for a Writ of Habeas Corpus. *Ex Parte Colella*, No. 37,418-02.

2.       Mr. Colella intends to pursue federal habeas corpus review of his conviction and death sentence. The Antiterrorism and Effective Death Penalty Act of 1996 enacted a one-year statute of limitations for filing federal habeas corpus petitions challenging state sentences. *See* 28 U.S.C. § 2244(d)(1) ("A 1-year period of limitation shall apply to an application for a writ of

1

habeas corpus by a person in custody pursuant to the judgment of a state court."). The one-year

period is tolled while a petitioner pursues habeas relief in the State courts. *Id.* In a Report and

Recommendation dated February 29, 2000, entered by the United States Magistrate John Black

of the United States District Court for the Southern District of Texas, Brownsville Division

(which Judge Tagle later adopted), the Magistrate ordered and the State of Texas agreed that "[t]he

federal habeas limitations period is EQUITABLY TOLLED AND/OR TOLLED in all respects to

and including September 1, 1999."   Also, the Report provided that "[i]f Petitioner files a federal

habeas petition following exhaustion of his state remedies, that petition will not be deemed "second

or successive under AEDPA [the Anti-terrorism and Effective Death Penalty Act of 1996]."   Mr.

Colella filed his Application for Writ of Habeas Corpus in the Texas courts on August 18, 2000

(eleven (11) days before the end of the one-year period), and the Application was pending in the

Texas courts from August 18, 2000 until September 19, 2001.   The pendency of Mr. Colella's

habeas application in the Texas courts tolled the running of the one-year period from August 18,

2000 through September 19, 2001.

     4.     The Petition in federal court is being filed on September 26, 2001, which is within

the one-year period from September 1, 1999, given the tolling of the running of the statute of

limitations for the period August 18, 2000 through September 19, 2001.

     5.     Undersigned counsel represented Mr. Colella in his state habeas proceedings. The

federal guidelines governing the appointment and compensation of counsel in federal death penalty

habeas corpus proceedings counsel that: "Due to the complex, demanding and protracted nature

of death penalty [habeas corpus] proceedings, judicial officers should consider appointing at least

two counsel." Administrative Office of the United States Courts, Guide to Judiciary Policies and Procedures ("Guide"), Vol. 7, Ch. 6, § 6.01(A)(2).

## II.    Qualifications of Counsel

6.    Ms. Welch's resume is attached hereto as Exhibit A. As the resume shows, Ms. Welch is experienced in capital post-conviction litigation, and Ms. Welch possesses the qualifications required under 21 U.S.C. § 848(q)(6) and Chapter VI of the Guide to Judiciary Policies and Procedures concerning appointed counsel in capital habeas cases. Ms. Welch respectfully requests that the Court approve the rate of $ 125.00 per hour and authorize interim billing as encouraged in the Guide to Judiciary Policies and Procedures, Paragraphs 2.3B and 6.02C.

7.    The resumes of Mr Powell and Ms. Karamanian are attached hereto as Exhibits B and C, respectively. As these resumes show, both attorneys have experience in capital post-conviction litigation. Mr. Powell and Ms. Karamanian will be undertaking their representation of Mr. Colella on a pro bono basis, although they respectfully reserve the right to seek reimbursement of costs if appropriate.

WHEREFORE Ms. Welch, Mr. Powell and Ms. Karamanian pray they be appointed to represent Mr. Colella.

Respectfully submitted,

*Michael Powell*

Michael V. Powell
Southern District No.  5429
State Bar No.  16204400
Locke Liddell & Sapp, LLP
2200 Ross Ave., Suite 2200
Dallas, Texas 75201
Ph: (214) 740-8520
F: (214) 740-8800

3

Mandy Welch
Attorney-in-Charge
Southern District No. 15543
Texas Bar No. 21125380
Burr & Welch
412 Main Street, Suite 1100
Houston, Texas  77002
Tel. (713) 227-0200
Fax (713) 227-0215

Susan L. Karamanian
Southern District No.  10787
State Bar No. 11097600
2000 H. Street NW
Washington, D.C.
Ph: (202) 994-1210
F: (202) 994-9446

COUNSEL FOR PETITIONER

## CERTIFICATE OF SERVICE

I hereby certify that I have caused the foregoing pleading to be served on Respondent by mailing, via the U.S. Postal Service, postage prepaid a copy of the pleading to counsel for Respondent, Capital Litigation Division, Office of the Attorney General, P.O. Box 12548, Capitol Station, Austin, Texas 78711, this *25th* day of *September* , 2001.

Michael V. Powell

4

CVISPDF – www.foxlio.com

# MANDY WELCH
**1630 Castle Court**
**Houston, Texas 7706**
**(713) 523-2299**

## LAW RELATED EMPLOYMENT:

1997-Present   **Burr & Welch, Attorneys at Law,** Houston, Texas.

Practice limited to representation of indigents criminal defendants in Texas with emphasis on capital trials and appeals and habeas corpus litigation. During 1997, I was a member of the penalty phase defense team for Timothy McVeigh in the Oklahoma bombing case.

Sept. 1995-
Dec. 1996   **Founder and Legal Director of Texas Defender Service,** Houston, Texas, a non-profit organization which provides legal representation for indigents in capital cases and also provides training, consultation and assistance for attorneys in the area of capital defense.

1991-95   **Texas Appellate Practice and Educational Resource Center,** Houston, Tex. a federally funded, non-profit law firm which assisted Texas death row inmates and their attorneys in capital habeas corpus proceedings.

1993-95   Executive Director

1991-93   Litigation Director

1987-1990   **OKLAHOMA APPELLATE PUBLIC DEFENDER SYSTEM,** Norman OK
Deputy Appellate Public Defender

Supervising attorney in capital post-conviction division; provided representation for capital defendants in post-conviction proceedings in state district courts, Oklahoma Court of Criminal Appeals, federal district courts, United States Court of Appeals for Tenth Circuit, and United States Supreme Court; and supervised other attorneys in division.

Curriculum Vitae - Mandy Welch
Page 2

1985-1987    **PAYNE & WELCH,** Hugo, OK and Oklahoma City, OK
Partner

Practice included criminal defense (trials and appeals), capital habeas corpus
litigation. and civil rights litigation.

1979-1985    **LEGAL SERVICES OF EASTERN OKLAHOMA, INC.,** Hugo, Oklahoma.
(Administrative office: Suite 800, 23 W. 4th Street, Tulsa, Oklahoma)
Managing Attorney of Hugo Legal Services Office

The Hugo Legal Services office provides legal representation to low-income
people in six rural counties in southeastern Oklahoma.  Legal practice included
administrative appeals; state court civil actions; and federal civil actions. Duties
of managing attorney included representation of clients; supervision of staff; and
administration of office.

1976-1979    **PAYNE & WELCH, LAWYERS,** Hugo, Oklahoma
Partner

Private practice included criminal trials and appeals in state and federal court;
civil rights litigation; and general civil practice.

**SUPREME COURT ARGUMENTS:**

1994    Successfully challenged federal district court's refusal to stay the execution of an
unrepresented Texas death row inmates who was seeking appointment of counsel
to represent him in a federal habeas corpus proceeding. *McFarland v. Scott,* 114
S.Ct. 2568 (1994).

1988    Successfully challenged a portion of Oklahoma's death penalty statute as
unconstitutionally vague. *Maynard v. Cartwright,* 108 S.Ct. 1853 (1988).

Case 1:01-cv-00166  Document 4  Filed in TXSD on 09/27/2001  Page 8 of 22

## BAR ASSOCIATION MEMBERSHIPS AND ADMISSIONS TO PRACTICE

Oklahoma Bar Association - 1976
Texas Bar Association - 1992

United States District Court, Western District of Oklahoma - 1988
United States District Court, Eastern District of Oklahoma - 1976
United States District Court, Northern District of Oklahoma - 1986
United States District Court, Southern District of Texas - 1994
United States District Court, Eastern District of Texas - 1978
United States District Court, Northern District of Texas - 1995

United States Court of Appeals for the Tenth Circuit - 1986
United States Court of Appeals for the Fifth Circuit - 1992

United States Supreme Court - 1986

## LEGAL ORGANIZATIONS

National Association of Criminal Defense Lawyers
Texas Criminal Defense Lawyers Association, Associate Director 1999-2000; Death
Penalty Committee - 1999-2000
American Bar Association

## EDUCATION:

**University of Tulsa College of Law**, Tulsa, Oklahoma
Juris Doctor, December, 1975

Honors:      Editorial Staff, Tulsa Law Journal

Judge W. Lee Johnson Award for Academic Excellence-Academic Year
1975-76 (given annually to the graduating student with highest grade point
average)

Curriculum Vitae - Mandy Welch
Page 4

Member of Order of the Curule Chair, in recognition of outstanding
scholastic achievement and meritorious service to the College of Law
while a student at The University of Tulsa

**University of Oklahoma**, Norman, Oklahoma
B.A. in Social Work, 1968; 3.4 grade point average

**Stephens College**, Columbia, Missouri
A.A., 1964

## AWARDS

1989   Oklahoma Criminal Defense Association - Clarence Darrow Award (for representation of
Thomas Cartwright in *Maynard v. Cartwright*)

1990   Oklahoma Bar Association - Courageous Advocate Award (for representation of Charles
Coleman who was the first person executed in Oklahoma after *Furman*.

1992   ACLU of Oklahoma - Angie Debo Civil Liberties Award

1997   NCADP (National Coalition Against Death Penalty)  - Award for Legal Advocacy for
Texas Death Row Inmates

CitiPDF – www.fesiio.com

# MICHAEL V. POWELL

**EDUCATION:**

University of Texas School of Law
J.D. with High Honors, 1974

University of Texas at Austin
M.A. in Public Administration, 1972

Davidson College
A.B., 1968

**PROFESSIONAL:**

Admitted to Practice in Texas, 1976

Admitted to Bars of all Federal District Courts in Texas and U.S. Courts of Appeals for Fifth, Sixth, Tenth, Eleventh, and Federal Circuits. Also admitted to Bars of United States Supreme Court and United States Claims and Tax Courts.

Board Certified, Civil Appellate Law, Texas Board of Legal Specialization, since 1989

**EXPERIENCE:**

Law Clerk, The Hon. Walter Ely, U.S. Court of Appeals for the Ninth Circuit, 1974-75

Active litigation and appellate practice 1975 - present. Extensive experience with oil and gas contract issues and oilfield indemnity, insurance, and products liability issues.

**REPRESENTATIVE OIL AND GAS INDUSTRY REPORTED OPINIONS:**

Phillips Petroleum Company v. OKC Limited Partnership, No. 2001-C-0065 in the Supreme Court of Louisiana. As appellate counsel for Phillips, successfully petitioned Louisiana Supreme Court to grant writ to review this action, which involved net profits interest in offshore oil and gas lease. Case recently settled.

Brainard v. State of Texas, 12 S.W.3d 6 (Tex. 1999).  Co-counsel in the trial court and appellate counsel on litigation establishing boundary between State's riverbed and riparian tracts along the Canadian River.  Argued the case before the Texas Supreme Court, which sustained the boundary for which our clients contended.

Stryker v. Phillips Petroleum Company, 723 So.2d 585 (Ala. 1998).  As appellate counsel, consulted on briefing and presented oral argument on oil and gas issues before Alabama Supreme Court.  Court reversed judgment of $26 million for alleged drainage.

Mitchell Energy Corp. v. Samson Resources Co., 80 F.3d 976 (5th Cir. 1996).  As appellate counsel, successfully appealed judgment of $53 million.  Court reversed and reduced judgment against client, Samson, to less than $1 million.

Samson Investment Co. v. Commissioner, T.C. Memo 1998-271 (1998).  As trial counsel, successfully defended taxpayer from assessment of $60 million in tax, penalties, and interest arising from a transaction involving drilling rigs.

Dana Corp. v. The LTV Corp., 668 A.2d 752 (Dec. Ch. 1995).  Successfully obtained and defended dismissal in Delaware of declaratory judgment action pertaining to products liability claims on workover rigs.

Bowers v. Phillips Petroleum Company, 692 F.2d 1015 (5th Cir. 1982).  Represented Phillips in trial and appellate courts in action to determine market value of natural gas.

Maxus Exploration Co. v. Moran Bros., 817 S.W.2d 50 (Tex. 1991).  Represented Moran Bros. in trial and appellate courts in action involving choice of law and indemnity issues.

Wessely Energy Corp. v. Jennings, 736 S.W.2d 624 (Tex. 1987).  Represented Wessely Energy in trial and appellate courts in oil and gas action resulting in declaration of unconstitutionality of Texas statute.

Aerospatiale Helicopter Corp. v. Universal Health Services, 778 S.W.2d 492 (Tex. App.--Dallas 1989).  Represented Aerospatiale in trial and appellate courts in action regarding enforcement of indemnity agreement.

Placid Oil Co. v. Louisiana Gas Intrastate, 734 S.W.2d 1 (Tex. App. -- Dallas 1987).  Represented Louisiana Gas Intrastate in trial and appellate courts in gas contract litigation.

Weinacht v. Phillips Coal Co., 673 S.W.2d 677 (Tex. App.--Dallas 1984).  Represented Phillips in trial and appellate courts in action on coal leases.

**OIL AND GAS INDUSTRY PAPER:**   "Indemnity and Insurance Provisions in Oil and Gas Agreements," State Bar of Texas Advanced Oil, Gas and Mineral Law Course 1996

.

3

CutePDF - www.fastio.com

**MANDY WELCH**
**1630 Castle Court**
**Houston, Texas 7706**
**(713) 523-2299**

## LAW RELATED EMPLOYMENT:

1997-Present   **Burr & Welch, Attorneys at Law,** Houston, Texas.

Practice limited to representation of indigents criminal defendants in Texas with emphasis on capital trials and appeals and habeas corpus litigation.  During 1997, I was a member of the penalty phase defense team for Timothy McVeigh in the Oklahoma bombing case.

Sept. 1995-
Dec. 1996   **Founder and Legal Director of Texas Defender Service,** Houston, Texas, a non-profit organization which provides legal representation for  indigents in capital cases and also provides training, consultation and assistance for attorneys in the area of capital defense.

1991-95   **Texas Appellate Practice and Educational Resource Center,** Houston, Tex. a federally funded, non-profit law firm which assisted Texas death row inmates and their attorneys in capital habeas corpus proceedings.

    1993-95   Executive Director

    1991-93   Litigation Director

1987-1990   **OKLAHOMA APPELLATE PUBLIC DEFENDER SYSTEM,** Norman OK
Deputy Appellate Public Defender

Supervising attorney in capital post-conviction division; provided representation for capital defendants in post-conviction proceedings in state district courts, Oklahoma Court of Criminal Appeals, federal district courts, United States Court of Appeals for Tenth Circuit, and United States Supreme Court; and supervised other attorneys in division.

1985-1987   **PAYNE & WELCH,** Hugo, OK and Oklahoma City, OK

Curriculum Vitae - Mandy Welch
Page 2

Partner

Practice included criminal defense (trials and appeals), capital habeas corpus litigation. and civil rights litigation.

1979-1985   **LEGAL SERVICES OF EASTERN OKLAHOMA, INC.,** Hugo, Oklahoma. (Administrative office: Suite 800, 23 W. 4th Street, Tulsa, Oklahoma)
Managing Attorney of Hugo Legal Services Office

The Hugo Legal Services office provides legal representation to low-income people in six rural counties in southeastern Oklahoma. Legal practice included administrative appeals; state court civil actions; and federal civil actions. Duties of managing attorney included representation of clients; supervision of staff; and administration of office.

1976-1979   **PAYNE & WELCH, LAWYERS,** Hugo, Oklahoma
Partner

Private practice included criminal trials and appeals in state and federal court; civil rights litigation; and general civil practice.

## SUPREME COURT ARGUMENTS:

1994   Successfully challenged federal district court=s refusal to stay the execution of an unrepresented Texas death row inmates who was seeking appointment of counsel to represent him in a federal habeas corpus proceeding. *McFarland v. Scott*, 114 S.Ct. 2568 (1994).

1988   Successfully challenged a portion of Oklahoma=s death penalty statute as unconstitutionally vague. *Maynard v. Cartwright*, 108 S.Ct. 1853 (1988).

Curriculum Vitae - Mandy Welch
Page 3

## BAR ASSOCIATION MEMBERSHIPS AND ADMISSIONS TO PRACTICE

Oklahoma Bar Association - 1976
Texas Bar Association - 1992

United States District Court, Western District of Oklahoma - 1988
United States District Court, Eastern District of Oklahoma - 1976
United States District Court, Northern District of Oklahoma - 1986
United States District Court, Southern District of Texas - 1994
United States District Court, Eastern District of Texas - 1978
United States District Court, Northern District of Texas - 1995

United States Court of Appeals for the Tenth Circuit - 1986
United States Court of Appeals for the Fifth Circuit - 1992

United States Supreme Court - 1986

## LEGAL ORGANIZATIONS

National Association of Criminal Defense Lawyers
Texas Criminal Defense Lawyers Association, Associate Director 1999-2000; Death
Penalty Committee - 1999-2000
American Bar Association

## EDUCATION:

**University of Tulsa College of Law**, Tulsa, Oklahoma
Juris Doctor, December, 1975

Honors:          Editorial Staff, Tulsa Law Journal

Judge W. Lee Johnson Award for Academic Excellence-Academic Year
1975-76 (given annually to the graduating student with highest grade point
average)

Member of Order of the Curule Chair, in recognition of outstanding
scholastic achievement and meritorious service to the College of Law

Curriculum Vitae - Mandy Welch
Page 4

while a student at The University of Tulsa

**University of Oklahoma**, Norman, Oklahoma
B.A. in Social Work, 1968; 3.4 grade point average

**Stephens College**, Columbia, Missouri
A.A., 1964

**AWARDS**

1989    Oklahoma Criminal Defense Association - Clarence Darrow Award (for representation of Thomas Cartwright in *Maynard v. Cartwright*)

1990    Oklahoma Bar Association - Courageous Advocate Award (for representation of Charles Coleman who was the first person executed in Oklahoma after *Furman*.

1992    ACLU of Oklahoma - Angie Debo Civil Liberties Award

1997    NCADP (National Coalition Against Death Penalty)  - Award for Legal Advocacy for Texas Death Row Inmates

CVISPDF – www.fastio.com

# SUSAN L. KARAMANIAN
Assistant Dean
International and Comparative Legal Studies
Professorial Lecturer in Law
THE GEORGE WASHINGTON UNIVERSITY
LAW SCHOOL
2000 H Street, N.W.
Washington, D.C. 20052
Tel.: (202) 994-1210
Fax: (202) 994-9446

## Education

J.D., University of Texas School of Law (1985) (Notes Editor, *The Texas International Law Journal*, Recipient, Baker & Botts Prize, Faculty Award, Hildy's Cutback Award)

B.A., Oxford University (1982) (Rhodes scholar)

B.S., Auburn University (1979) (summa cum laude)

## Work History

Assistant Dean for International and Comparative Legal Studies; Professorial Lecturer in Law, The George Washington University Law School (2000-present)

Attorney, Locke Liddell & Sapp, LLP, Dallas Texas (1986-2000)

Represented domestic and foreign corporations and individuals in commercial litigation. Extensive experience in class actions and in securities, antitrust (both civil and criminal) and complex contract disputes.

Maintained active pro bono docket.  Principal pro bono cases:

· Represented an inmate in claim of excessive use of force against three Dallas police officers; jury verdict of actual damages against two of the officers and punitive damages against one of the officers

· Represented Patrick F. Rogers, an inmate on Texas's death row, from 1989 until his execution in 1997. Appeared on *Dateline NBC* in Emmy-nominated feature on the Rogers case that first aired in January 1998

· Lead counsel for a putative class of all inmates on Texas's death row, challenging whether Texas qualified for "opt-in" treatment under the Antiterrorism and Effective Death Penalty Act of 1996

· Current counsel for Paul Richard Colella, an inmate on Texas's death row, in his habeas proceeding

Law Clerk, Honorable Robert E. Varner, United States District Court, Middle District, Alabama (1985-86)

CAMPDF - www.fenrir.com

## Professional and Civic Organizations

American Bar Foundation, Fellow

American Council on Germany, Member; Former Co-Chair of Dallas Warburg Chapter

American Society of International Law, Former Vice-President; Former Member of Executive Council; Co-chair of 2000 Joint Meeting Between the Australian and New Zealand Society of International Law and American Society of International Law; Co-chair of 1992 Annual Meeting Committee; Current Chair of Awards Committee; Current Member of Annual Meeting Committee; Current Chair of Book Award Committee

Association of American Rhodes Scholars, Board of Directors

Council on Foreign Relations, Member

Criminal Justice Act Panel, United States District Court for the Northern District of Texas, Member

Dallas Assembly, Former Member

Dallas Bar Association Pro Bono Services Committee, Former Chair

Dallas Bar Foundation, Fellow

Legal Services of North Texas, Former Member of Board of Directors

Pacific Council on International Policy, Member

Patrick E. Higginbotham Inn of Court, Former Barrister

Southwestern Legal Foundation, Chair, CLE Advisory Board; Research Fellow

Texas Appleseed, Board of Directors

Texas Bar Foundation, Fellow

Texas  Lawyers' Committee for Civil Rights under Law, Former Member of Board of Directors

## Awards

Equal Justice Award, Legal Services of North Texas (June, 2000)

Texas Law Fellowships Excellence in Public Interest Award, University of Texas School of Law (February, 2000)

Numerous pro bono awards sponsored by the Dallas Bar Association

## Speeches

Australian and New Zealand Society of International Law, 2001 Annual Meeting, June, 2001 (presented paper titled "An American Perspective on Antipodean Contributions to International Law")

University of Melbourne, Center for International and Comparative Law, June, 2001 (presented paper titled "Beyond Repair Yet Still in Operation: The Death Penalty in the United States")

District of Columbia Bar Association, April, 2001 (presented paper titled "Recognition and Enforcement of International Arbitration Agreements and Awards under the New York Convention")

American Bar Association Annual Meeting, New York, July, 2000 (participated in panel titled "The Imposition of the Death Penalty is 'Fraught with Error': Where Do We Go from Here?")

Judicial Conference of the United States Court of Appeals for the Fifth Circuit, San Antonio, Texas, May, 2000 (presented paper titled "International Arbitration and the Courts of the Fifth Circuit")

Public Interest Law Conference, the University of Texas School of Law, Austin, Texas, February 2000 and February 1999 (spoke about the role of the lawyer in public interest litigation)

Symposium, "The Future of International Human Rights" at Washington & Lee University School of Law, Lexington, Virginia, March 1998 (spoke about the role of the lawyer in promoting international human rights)

Symposium, "Thoughts on Death Penalty Issues 25 Years After *Furman v. Georgia*" at St. Mary's University of School of Law, San Antonio, Texas, April 1998 (spoke about victims' rights and the death penalty)

## Publications

"New Challenges for the American Lawyer in International Human Rights," 55 Wash. & Lee L. Rev. 757 (1998)

"Victims' Rights and the Death-Sentenced Inmate: Some Observations and Thoughts," 29 St. Mary's L.J. (1998)

"Fighting the Texas Habeas Battles," *The American Oxonian* 148 (Spring 1998)

"Venue," *Federal Practice Guide--Pre-Trial Civil Procedure* (George P. Kazen, James L. Blanton and Harry M. Reasoner eds., Lawyers' Cooperative 1996)

"Economic Relations Between Japan and North America; A Challenge to the International Legal System," in *Trilateral Perspectives on International Legal Issues: Relevance of Domestic Law & Policy* 283 (Michael K. Young & Yuji Iwasawa eds., 1996)

"Legal Aspects of the Sino-British Draft Agreement on the Future of Hong Kong," 20 Tex. Int'l L.J. 167 (1985)

Lawyer commentator, *Black's Law Dictionary* (7th ed. 1999)

3

## **Other**

Born on April 1, 1958 in Pittsburgh, Pennsylvania
Avid golfer

4

CVisPDF – www.fastio.com