5

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 0 5 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| PAUL RICHARD COLELLA, | § |
| | § |
| Petitioner, | § |
| | § |
| -V- | § CIVIL ACTION NO. B-01-166 |
| | § |
| JANIE COCKRELL, Director, Texas | § |
| Department of Criminal Justice, | § |
| Institutional Division, | § |
| | § |
| Respondent. | § |

## ORDER

(DOCKET NO. 2)

Petitioner's Motion for Leave to Proceed In Forma Pauperis (the "Motion") having been duly considered, it is hereby ORDERED that:

1. The Motion is GRANTED.

2. Petitioner is authorized to proceed In Forma Pauperis without payment of costs and otherwise to proceed in this lawsuit as an indigent.

Signed this 5TH day of OCTOBER, 2001.

_____
UNITED STATES ~~DISTRICT~~ JUDGE
MAGISTRATE

ORDER – SOLO PAGE