IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PAUL RICHARD COLELLA, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| -V- | § | CIVIL ACTION NO. B-01-166 |
| | § | |
| JANIE COCKRELL, Director, Texas | § | |
| Department of Criminal Justice, | § | |
| Institutional Division, | § | |
| | § | |
| Respondent. | § | |

*United States District Court*
*Southern District of Texas*
*ENTERED*

OCT 0 5 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER

Counsels' Statement of Willingness to Accept Appointment *(Docket No. 4)* and Petitioner's Motion for Appointment of Counsel *(Docket No. 3)* having been duly considered, it is hereby ORDERED that:

1. Mandy Welch is appointed as lead counsel for Mr. Colella in federal habeas corpus proceedings. Work on this case performed by Ms. Welch will be compensated at the rate of $125.00/hour, and interim billing will be permitted.

2. Michael V. Powell and Susan L. Karamanian are also appointed to assist in the representation of Mr. Colella. Mr. Powell and Ms. Karamanian are undertaking this representation on a pro bono basis although they may be entitled to reimbursement of costs if necessary.

Signed this 5 day of October 2001.

UNITED STATES ~~DISTRICT~~ JUDGE
MAGISTRATE

ORDER – SOLO PAGE