7

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

## ORDER

United States District Court
Southern District of Texas
ENTERED

FEB 0 1 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| PAUL RICHARD COLELLA | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-01-166 |
| | § | |
| JANIE COCKRELL, DIRECTOR TEXAS | § | |
| DEPARTMENT OF CRIMINAL JUSTICE | § | |
| INSTITUTIONAL DIVISION | § | |

TYPE OF CASE:        __X__ CIVIL                                        ____ CRIMINAL

TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING

**STATUS CONFERENCE**

PLACE:                                                                                    ROOM NO

**UNITED STATES FEDERAL COURTHOUSE**                    **SECOND FLOOR COURTROOM, #2**
**600 E. HARRISON STREET**
**BROWNSVILLE, TEXAS**                                                       DATE AND TIME:

**FEBRUARY 12, 2002 AT 2:00 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:     FEBRUARY 1, 2002

TO          MR. MICHAEL V. POWELL
              MS. SUSAN KARAMANIAN
              MS. MANDY JO WELCH
              MR. CHARLES A PALMER