8

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 0 5 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| PAUL RICHARD COLELLA, | § | |
| Petitioner, | § | |
| | § | |
| V. | § | NO. 1.01cv166 |
| | § | |
| JANIE COCKRELL, DIRECTOR, | § | |
| TEXAS DEPARTMENT OF | § | |
| CRIMINAL JUSTICE, | § | |
| INSTITUTIONAL DIVISION, | § | |
| Respondent. | § | |

**RESPONDENT COCKRELL'S UNOPPOSED MOTION
TO CANCEL STATUS CONFERENCE**

This is a habeas corpus case brought by a death row inmate under 28 U.S.C. § 2254. Colella filed his petition on September 27, 2001. The Director has not yet filed a responsive pleading. On February 1, 2002, the court entered an order setting this case for a status conference on February 12th.

**RESPONDENT'S MOTION TO CANCEL STATUS CONFERENCE**

The Director requests that the status conference be canceled. The Director understands that the Court may be justifiably concerned that no answer has yet been filed, for which she apologizes, but assures the Court that this will be done no later than February 28, 2002. Because this case involves numerous constitutional challenges to a presumptively valid state-court conviction and death sentence, it is important that the Director submit a responsive pleading that will be of assistance to the Court in resolving those issues. The voluminous nature of Colella's petition, coupled with the undersigned's responsibility for other cases, has hampered the Director's ability to file a response in a more timely fashion. Nonetheless, work on the Director's motion for summary judgment is nearing completion, and it will be filed by February 28th. Because this motion serves to advise the Court of the case's status, it would appear that a status conference is not necessary. The Director requests that it be canceled so that the Court's valuable time and other resources are not

expended unnecessarily.

In the alternative, should the Court decline to cancel the status conference, the Director requests that it be conducted via telephone. Given the limited nature of a status conference, there should be no impediment to holding it telephonically. Doing so will allow the parties to avoid the considerable time and expense involved in traveling from their respective offices to Brownsville to make a limited appearance in court.

For the above reasons, the Director requests that the status conference scheduled for February 12th be canceled or, in the alternative, that it be conducted via telephone.

Respectfully submitted,

JOHN CORNYN
Attorney General of Texas

HOWARD G. BALDWIN, JR.
First Assistant Attorney General

MICHAEL T. McCAUL
Deputy Attorney General for
Criminal Justice

GENA BUNN
Assistant Attorney General
Chief, Capital Litigation Division

CHARLES A. PALMER
Assistant Attorney General
State Bar No. 15426500
Admission ID No. 1523
Attorney in Charge

P. O. Box 12548, Capitol Station
Austin, Texas   78711
(512) 936-1600
Facsimile No. (512) 320-8132

2

ATTORNEYS FOR RESPONDENT

## CERTIFICATE OF CONFERENCE

I, Charles A. Palmer, Assistant Attorney General of Texas, do hereby certify that opposing counsel Mike Powell stated that he does not contest this motion and does not object to a postponement of the status conference until after the Director files an answer, provided that is done by February 28th. Mr. Powell further stated that he does not oppose conducting the status conference by telephone.

_____
CHARLES A. PALMER
Assistant Attorney General

## CERTIFICATE OF SERVICE

I, Charles A. Palmer, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the above and foregoing Respondent Johnson's Unopposed Motion To Cancel Status Conference has been served by placing same in the United States Mail, postage prepaid, on this the 4th day of February, 2002, addressed to the following:

Mike V. Powell  
LOCKE LIDDELL & SAPP  
2200 Ross Avenue, Suite 2200  
Dallas, Texas 75201

Mandy Welch  
BURR & WELCH  
1630 Castle Court, Suite A  
Houston, Texas 77002.

_____
CHARLES A. PALMER
Assistant Attorney General