IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PAUL RICHARD COLELLA, | § | |
| Petitioner, | § | |
| | § | |
| V. | § | NO. 1.01cv166 |
| | § | |
| JANIE COCKRELL, DIRECTOR, | § | |
| TEXAS DEPARTMENT OF | § | |
| CRIMINAL JUSTICE, | § | |
| INSTITUTIONAL DIVISION, | § | |
| Respondent. | § | |

United States District Court
Southern District of Texas
ENTERED

FEB 0 7 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

# ORDER

Came on to be heard Respondent Cockrell's Unopposed Motion To Cancel Status Conference, and the Court after considering said motion, is of the opinion that the following order should issue:

It is hereby ORDERED, ADJUDGED and DECREED that said motion be, and it is hereby GRANTED, and the status conference scheduled for February 12, 2002, is hereby CANCELED.

SIGNED on this the 7th day of February, 2002, at Brownsville, Texas.

JOHN WILLIAM BLACK
UNITED STATES MAGISTRATE JUDGE