United States District Court
Southern District of Texas
FILED

MAR 13 2002

Michael N. Milby
Clerk of Court

THE HONORABLE JOHN WM. BLACK

TELEPHONIC STATUS CONFERENCE

| | |
|---|---|
| CIVIL ACTION NO. B-01-166 | DATE & TIME: 03-13-02 AT 9:00 A.M. |
| PAUL RICHARD COLELLA | PLAINTIFF(S)  MICHAEL POWELL |
| | COUNSEL       MANDY JO WELCH |
| | SUSAN KARAMANIAN |
| VS. | |
| JANIE COCKRELL, ET AL. | DEFENDANT(S)  CHARLES PALMER |
| | COUNSEL |

---

Attorneys Michael Powell, Many Welch, Susan Karamanian and Charles Palmer appeared telephonically for a status conference.

Response to Motion for Summary Judgment must be filed by June 3, 2002.

Parties will notify court of agreed hearing date on the Motion for Summary Judgment.