UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
UNITED STATES COURTHOUSE
600 E. HARRISON STREET, #204
BROWNSVILLE, TEXAS 78520

United States District Court
Southern District of Texas
FILED

APR 11 2002

Michael N. Milby
Clerk of Court

CHAMBERS OF
JOHN WM. BLACK
MAGISTRATE JUDGE

PHONE (956) 548-2570

April 11, 2002

Mr. Michael Powell
Ms. Susan Karamanian
Locke, Liddell & Sapp, L.L.P.
2200 Ross Avenue
Suite 2200
Dallas, TX  75201-6776

Ms. Mandy Jo Welch
Burr & Welch
1630 Castle Court
Suite A
Houston, TX  77006

Mr. Charles Palmer
Office of the Attorney General
 of Texas
P. O. Box 12548
Austin, TX  78711

Re:  C.A. No. B-01-166
     Paul Richard Colella vs.
     Janie Cockrell, et al.

Counselors:

    By now you will have received the Order setting a hearing on the State's Motion for Summary Judgment. The State takes the position that no hearing is necessary. If the Petitioner plans to respond to the Motion, I would be grateful if that is done on or before June 15, 2002. If Petitioner feels that a response is not necessary, please let me know.

Very truly yours,

John Wm. Black
United States Magistrate Judge