IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 1 7 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| PAUL RICHARD COLELLA, | § | |
| | § | |
| PETITIONER, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-01-166 |
| | § | |
| JANIE COCKRELL, DIRECTOR | § | |
| TEXAS DEPARTMENT OF CRIMINAL | § | |
| JUSTICE, INSTITUTIONAL DIVISION, | § | |
| | § | |
| RESPONDENT. | § | |

**CERTIFICATE OF CONFERENCE ON
PETITIONER'S MOTION FOR DISCOVERY
<u>UNDER RULE 6 OF THE RULES GOVERNING SECTION 2254 CASES</u>**

The undersigned hereby certifies that on the morning of June 17, 2002, he conferred by telephone with Mr. Charles Palmer, Assistant Attorney General of Texas, who represents Respondent in this action, and described to Mr. Palmer the documents and things sought by Petitioner's Motion for Discovery under Rule 6 of the Rules Governing Section 2254 Cases, filed this date.

Mr. Palmer advised that Respondent will oppose Petitioner's Motion for Discovery, so the Motion is being submitted to the Court as a contested motion.

Dated: June 17, 2002

Respectfully submitted,

*/s/ Michael Powell*

Michael V. Powell
Southern District No. 5429
Texas Bar No. 16204400
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201-6776

Telephone: (214) 740-8520
Telecopier: (214) 740-8800

ONE OF COUNSEL FOR PETITIONER

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing motion was mailed this date to Mr. Charles A. Palmer, Assistant Attorney General of Texas, P. O. Box 12548, Capitol Station, Austin, Texas 78711, Attorney for Respondent.

Dated: June 17, 2002

_____
Michael V. Powell