IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 1 1 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| PAUL RICHARD COLELLA, | § | |
| Petitioner, | § | |
| | § | |
| V. | § | NO. 1.01cv166 |
| | § | |
| JANIE COCKRELL, DIRECTOR, | § | |
| TEXAS DEPARTMENT OF | § | |
| CRIMINAL JUSTICE, | § | |
| INSTITUTIONAL DIVISION, | § | |
| Respondent. | § | |

**RESPONDENT COCKRELL'S UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DISCOVERY AND UNOPPOSED MOTION TO RESCHEDULE SUMMARY JUDGMENT HEARING WITH BRIEF IN SUPPORT**

This is a habeas corpus case brought by a death row inmate under 28 U.S.C. § 2254. A hearing on the Director's motion for summary judgment is scheduled for October 28, 2002. On August 16, 2002, the Court granted Colella's motion for discovery with regard to two items:

1. The grand jury testimony of Cameron County Sheriff's Deputy Luis Martinez; and

2. any notes, memorandums, audio or video recordings and other records of Anthony "Red" Wilson's oral statement to the police in May of 1992.

**MOTION FOR EXTENSION OF TIME**

The material for which discovery is sought (if in fact it exists) is not in the Director's custody but, instead, in the custody of officials of Cameron County, Texas. Thus, in order to comply with the Court's order granting discovery, the undersigned contacted Assistant District Attorney John Olson for assistance in obtaining the items in question. To date, Mr. Olson has not been able to locate any of the materials that the Court ordered disclosed. The

undersigned is continuing to work with Mr. Olson in an attempt to comply with the Court's order, but additional time is required. The undersigned has explained the situation to opposing counsel, Mike Powell, and he does not oppose a thirty-day extension of time to provide discovery.

**MOTION TO RESCHEDULE SUMMARY JUDGMENT HEARING**

Colella sought discovery in order to prepare for the summary judgment hearing scheduled for October 28th. The undersigned and Mr. Powell agree that if the discovery deadline is extended, there will not be sufficient time for the parties to review the discovery items in preparation for the hearing. Thus, Mr. Powell does not oppose canceling the summary judgment hearing and rescheduling at a later date that does not conflict with his other commitments.

For the above reasons, the Director requests that the deadline for providing discovery be extended to October 15, 2002, and that the summary judgment hearing scheduled for October 28, 2002, be canceled and rescheduled at a later date.

Respectfully submitted,

JOHN CORNYN
Attorney General of Texas

HOWARD G. BALDWIN, JR.
First Assistant Attorney General

MICHAEL T. McCAUL
Deputy Attorney General
for Criminal Justice

GENA BUNN
Assistant Attorney General
Chief, Capital Litigation Division

*[signature]*

CHARLES A. PALMER
Assistant Attorney General
State Bar No. 15426500
Attorney in Charge

P. O. Box 12548, Capitol Station
Austin, Texas   78711
(512) 936-1600
Facsimile No. (512) 320-8132

ATTORNEYS FOR
RESPONDENT-APPELLEE

## CERTIFICATE OF SERVICE

I, Charles A. Palmer, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the above Motion for Extension of Time for Discovery and Unopposed Motion To Reschedule Summary Judgment Hearing With Brief in Support has been served by placing same in the United States Mail, postage prepaid, on this the 10th day of September, 2002, addressed to the following:

| | |
|---|---|
| Mike V. Powell | Mandy Welch |
| LOCKE LIDDELL & SAPP | BURR & WELCH |
| 2200 Ross Avenue, Suite 2200 | 1630 Castle Court, Suite A |
| Dallas, Texas 75201 | Houston, Texas 77002. |

*[signature]*

CHARLES A. PALMER
Assistant Attorney General