IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 1 2 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| PAUL RICHARD COLELLA, | § | |
| Petitioner, | § | |
| | § | |
| V. | § | NO. 1.01cv166 |
| | § | |
| JANIE COCKRELL, DIRECTOR, | § | |
| TEXAS DEPARTMENT OF | § | |
| CRIMINAL JUSTICE, | § | |
| INSTITUTIONAL DIVISION, | § | |
| Respondent. | § | |

## ORDER GRANTING MOTION
## FOR EXTENSION OF TIME FOR DISCOVERY

(DOCKET NO. 23)

Respondent's unopposed motion for extension of time for discovery is GRANTED and the deadline for providing discovery is extended to October 15, 2002.

It is so ORDERED.

SIGNED on this the 12 day of SEPTEMBER 2002.

JOHN WM. BLACK
UNITED STATES MAGISTRATE JUDGE