United States District Court
Southern District of Texas
FILED

OCT 1 8 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PAUL RICHARD COLELLA, | § | |
| Petitioner, | § | |
| | § | |
| V. | § | NO. 1.01cv166 |
| | § | |
| JANIE COCKRELL, DIRECTOR, | § | |
| TEXAS DEPARTMENT OF | § | |
| CRIMINAL JUSTICE, | § | |
| INSTITUTIONAL DIVISION, | § | |
| Respondent. | § | |

## JOINT MOTION TO RESCHEDULE
## SUMMARY JUDGMENT HEARING WITH BRIEF IN SUPPORT

This is a habeas corpus case brought by a death row inmate under 28 U.S.C. § 2254. A hearing on the Director's motion for summary judgment is scheduled for October 28, 2002. The parties jointly request that the hearing be rescheduled.

On August 16, 2002, the Court granted Colella's motion for discovery with regard to the grand jury testimony of Cameron County Sheriff's Deputy Luis Martinez and any notes, memorandums, audio or video recordings and other records of Anthony "Red" Wilson's oral statement to the police in May of 1992. Last week, the Director filed a response to the discovery order stating that Cameron County law enforcement officials have not been able to locate these items. Colella has announced his intention to conduct depositions of these officials with regard to their efforts to satisfy the discovery order. The parties believe that their interests, as well as those of the Court, will best be served if the summary judgment hearing is not held until after all discovery issues have been laid to rest.

Both undersigned counsel are available during the weeks of January 6 through 10 and 13 through 17, 2003. Thus, Colella and the Director jointly request that the hearing be reset

on a date during those two weeks.

## CONCLUSION

For the above reasons, Colella and the Director request that the summary judgment hearing scheduled for October 28, 2002, be canceled and that it be rescheduled on a date between January 6 and 17, 2003.

Respectfully submitted,

JOHN CORNYN
Attorney General of Texas

HOWARD G. BALDWIN, JR.
First Assistant Attorney General

DON J. CLEMMER
Acting Deputy Attorney General
for Criminal Justice

GENA BUNN
Assistant Attorney General
Chief, Capital Litigation Division

_____
CHARLES A. PALMER
Assistant Attorney General
State Bar No. 15426500
Attorney in Charge

P. O. Box 12548, Capitol Station
Austin, Texas   78711
(512) 936-1600
Facsimile No. (512) 320-8132

ATTORNEYS FOR RESPONDENT

2

MICHAEL V. POWELL
ATTORNEY FOR PETITIONER

## CERTIFICATE OF SERVICE

I, Charles A. Palmer, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the above Joint Motion To Reschedule Summary Judgment Hearing With Brief in Support has been served by placing same in the United States Mail, postage prepaid, on this the 16th day of October, 2002, addressed to the following:

Michael V. Powell
LOCKE LIDDELL & SAPP
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201

Mandy Welch
BURR & WELCH
1630 Castle Court, Suite A
Houston, Texas 77002.

CHARLES A. PALMER
Assistant Attorney General

3

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| PAUL RICHARD COLELLA, § | |
| Petitioner, § | |
| § | |
| V. § | NO. 1.01cv166 |
| § | |
| JANIE COCKRELL, DIRECTOR, § | |
| TEXAS DEPARTMENT OF § | |
| CRIMINAL JUSTICE, § | |
| INSTITUTIONAL DIVISION, § | |
| Respondent. § | |

## ORDER GRANTING JOINT MOTION
## TO RESCHEDULE SUMMARY JUDGMENT HEARING

The joint motion to reschedule summary judgment hearing is GRANTED. The hearing is rescheduled for January _____, 2003, at _____ a.m./p.m.

It is so ORDERED.

SIGNED on this the _____ day of October, 2002.

_____
JOHN WM. BLACK
UNITED STATES MAGISTRATE JUDGE