IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 2 3 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| PAUL RICHARD COLELLA, | § | |
| Petitioner, | § | |
| | § | |
| V. | § | NO. 1.01cv166 |
| | § | |
| JANIE COCKRELL, DIRECTOR, | § | |
| TEXAS DEPARTMENT OF | § | |
| CRIMINAL JUSTICE, | § | |
| INSTITUTIONAL DIVISION, | § | |
| Respondent. | § | |

### ORDER GRANTING JOINT MOTION
### TO RESCHEDULE SUMMARY JUDGMENT HEARING

The joint motion to reschedule summary judgment hearing (DOCKET NO. 26) is GRANTED. The hearing is rescheduled for January 13, 2003, at 9:00 a.m.

It is so ORDERED.

SIGNED on this the 23RD day of October, 2002.

JOHN WM. BLACK
UNITED STATES MAGISTRATE JUDGE