29



OFFICE *of the* ATTORNEY GENERAL

GREG ABBOTT

December 18, 2002

United States District Court
Southern District of Texas
FILED

DEC 2 0 2002

Michael N. Milby
Clerk of Court

Clerk
United States District Court
Southern District of Texas
Brownsville Division
600 E. Harrison, Room 101
Brownsville, Texas  78520

     Re:   *Paul Richard Colella v. Janie Cockrell, Director, TDCJ-ID*
          Civil Action No. 01-CV-166

Dear Clerk:

     Please enter my appearance as co-counsel for Respondent Janie Cockrell in the above-referenced cause. I have been admitted to practice in all three divisions of the federal district courts for the State of Texas.

     Thank you for your kind assistance with this matter.  Should you have any questions, you may reach me directly at (512) 936-2893.

          Very truly yours,

          TINA J. DETTMER*
          Assistant Attorney General
          *Attorney-in-charge
          State Bar No. 24026139

          P.O. Box 12548, Capitol Station
          Austin, Texas  78711-2548
          (512) 936-1600
          (512) 320-8132 (Fax)

TJD/ga
cc:   Mike V. Powell
       Locke, Liddell, & Sapp
       2200 Ross Avenue, Suite 2200
       Dallas, Texas 75201

       Mandy Welch
       Burr & Welch
       1630 Castle Court, Suite A
       Houston, Texas 77002