United States District Court
Southern District of Texas
FILED

JAN 1 3 2003

Michael N. Milby
Clerk of Court

THE HONORABLE JOHN WM. BLACK

HEARING ON MOTION FOR SUMMARY JUDGMENT

| CIVIL ACTION NO. B-01-166 | DATE & TIME: 01-13-02 AT 9:00 A.M. |
|---|---|
| PAUL RICHARD COLELLA | PLAINTIFF(S) MICHAEL POWELL |
|  | COUNSEL MANDY JO WELCH |
|  | SUSAN KARAMANIAN |
| VS. |  |
| JANIE COCKRELL, ET AL. | DEFENDANT(S) CHARLES PALMER |
|  | COUNSEL TINA JOANN DETTMER |

CSO: Dan Figueroa
ERO: Rita Nieto

State/Cameron County cannot produce records of grand jury testimony/sheriff's files or court reporter payments.

Plaintiff's counsel will draft order with respect to Discovery Motion.

State presented evidence for Motion for Summary Judgement. Plaintiff's counsel presented evidence regarding Motion for Summary Judgment.

Evidentiary hearing will be held June 9, 2003 at 9:00 A.M.

State records have been sent to Houston habeas division.