

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

### ORDER

United States District Court
Southern District of Texas
ENTERED

JAN 1 4 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| PAUL RICHARD COLELLA | § § | |
| VS. | § § | CIVIL ACTION NO. B-01-166 |
| JANIE COCKRELL, DIRECTOR TEXAS DEPARTMENT OF CRIMINAL JUSTICE INSTITUTIONAL DIVISION | § § § § | |

TYPE OF CASE:          __X__ CIVIL                    ____ CRIMINAL

TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

**EVIDENTIARY HEARING**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME:

**JUNE 9, 2003 AT 9:00 A.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   JANUARY 13, 2003

TO:   MR. MICHAEL V. POWELL
      MS. SUSAN KARAMANIAN
      MS. MANDY JO WELCH
      MR. CHARLES A. PALMER
      MS. TINA DETTMER