IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 1 8 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| PAUL RICHARD COLELLA, § § Petitioner, § § -VS- § § JANIE COCKRELL Director, Texas § Department of Criminal Justice, § Institutional Division, § § Respondent. § | CIVIL ACTION NO. 1:01cv166 |

## PETITIONER'S UNOPPOSED MOTION TO SUBSTITUTE COUNSEL

Petitioner Paul Richard Colella respectfully requests that this Court permit current co-counsel Ms. Mandy Welch to withdraw from Mr. Colella's representation and permit Mr. Andrew A. Hammel to enter the case as substitute counsel. Ms. Welch has represented Mr. Colella since the Texas Court of Criminal Appeals appointed her to represent him in early 2001. Ms. Welch has recently significantly reduced her legal workload owing to a prolonged illness in her family which requires a considerable amount of Ms. Welch's attention.

I.   **Mr. Hammel's qualifications**

Mr. Hammel graduated *cum laude* from the University of Houston Law Center in May of 1996, where he was an Articles Editor for the HOUSTON LAW REVIEW. While in law school, Mr. Hammel served as an intern with the Texas Resource Center, and participated in classes and outside projects relating to the death penalty and to federal habeas corpus. Upon graduating from law school, Mr. Hammel became a Staff Attorney with Texas Defender Service, and has participated in

representing federal habeas petitioners in death penalty cases at the district court, Fifth Circuit, and Supreme Court levels. Mr. Hammel has attended several national seminars on federal habeas corpus and death penalty law, including yearly participation in the annual Capital Punishment Training Conference sponsored by the NAACP Legal Defense Fund, and the Federal Habeas Corpus Training Seminars sponsored by the Federal Defender Training Group. Mr. Hammel is licensed to practice law in the State of Texas, the United States District Court for the Southern District of Texas, and the United States Court of Appeals for the Fifth Circuit.

Mr. Hammel obtained an LL.M. from Harvard Law School in 2001, and spent one year teaching law in Düsseldorf, Germany. Upon his return to the United States in 2002, he took up a position as Co-Director of the University of Texas Law School Capital Punishment Litigation Clinic. Along with Robert Owen, Mr. Hammel teaches a clinic class on death penalty litigation and an academic seminar class on substantive Eighth Amendment law. He also supervises twelve clinical students in research and investigative projects. He is also an associate at the Austin, Texas partnership of Owen & Rountree, LL.P, a criminal defense firm specializing in capital punishment litigation.

II.     **Mr. Hammel's previous involvement in the case.**

Mr. Hammel (along with Ms. Karamanian) represented Mr. Colella from 1998 to late 2000. Mr. Hammel personally performed a substantial amount of the investigation and research underpinning Mr. Colella's present claims, and has maintained an active interest in the case. Mr. Hammel is therefore uniquely well-positioned to assist current legal counsel, especially in preparation for the June 9, 2003 hearing previously ordered by this Court.

The United States Court of Appeals for the Fifth Circuit, acting under the Court's guidelines,

has previously authorized billing in excess of $50,000 in light of the unusual circumstances and complexity of this particular case. Mr. Hammel respectfully requests that this Order continue in effect.

Mr. Colella notes that the decision of current counsel Michael V. Powell and Susan L. Karamanian to donate their time in this case has already saved the Federal Government hundreds of thousands of dollars in legal expenses in this complex case. Mr. Hammel is not in a position to donate his time. Pursuant to Guide Vol. 7, Ch. 6, § 6.02(B), Mr. Hammel would claim compensation at a rate approved by the Court. Mr. Hammel respectfully requests compensation at the rate of $125.00/hr. Mr. Hammel also respectfully requests that this Court permit interim billing in this case.

Mr. Hammel has conferred with Ms. Tina Dettmer, who represents Respondent, and she does not oppose this motion.

WHEREFORE Petitioner prays that Mr. Hammel be allowed to substitute as counsel for Ms. Mandy Welch.

Respectfully submitted,

Andrew Hammel
OWEN & ROUNTREE, LL.P.
Southern District No. 20611
State Bar No. 00796698
510 S. Congress
Suite 308
Austin TX 78704
Telephone: (512) 320-0334
Telecopier: (512) 320-8027

Michael V. Powell
Southern District No. 5429
State Bar No. 16204400
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201-6776
Telephone: (214) 740-8520
Telecopier: (214) 740-8800

Susan L. Karamanian
Southern District No. 10787
State Bar. No. 11097600
2000 H Street, NW
Washington, DC 20052
Telephone: (202) 994-1210
Telecopier: (202) 994-2831

ATTORNEYS FOR PETITIONER PAUL RICHARD COLELLA

## CERTIFICATE OF SERVICE

I certify that true and correct copies of the foregoing document was sent by regular mail to the following:

Ms. Tina Dettmer
Assistant Attorney General
Chief, Capital Litigation Division
PO Box 12548
Capitol Station
Austin, Texas 78711
Fax: 512.320.8132

Dated: February 11, 2003

_____
Andrew Hammel