3 8

United States District Court
Southern District of Texas
FILED

FEB 2 6 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RICHARD PAUL COLELLA, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 01-CV-166 |
| | § | |
| JANIE COCKRELL, Director, | § | |
| Texas Department of Criminal | § | |
| Justice, Institutional Division, | § | |
| Respondent. | § | |

## RESPONDENT COCKRELL'S MOTION TO SUBSTITUTE COUNSEL

Petitioner Richard Paul Colella ("Colella")[1] was properly convicted and sentenced to die in Texas state court for the senseless murders of Michael Lavesphere and David Ray Taylor. In the instant proceeding Colella challenges the validity of his presumptively valid conviction and sentence pursuant to 28 U.S.C. §§ 2241, 2254.

## MOTION TO SUBSTITUTE

This case was previously assigned to Assistant Attorney General Charles Palmer. It has become necessary for this cause to be reassigned. Mr. Palmer, the former attorney of record, will terminate his employment with this division of the Texas Attorney General's Office in March 2003 and, thereupon, will no longer continue his representation of the Director in this case. Consequently, this cause has been reassigned to the undersigned. This substitution of counsel is not intended to cause a delay in the proceedings.

---

[1]     For purposes of clarity, Respondent Janie Cockrell will be referred to as "the Director."

## CONCLUSION

The Director respectfully requests that her Motion to Substitute Counsel be granted, and Tina J. Dettmer be substituted as attorney in charge for the Director.

Respectfully submitted,


GREG ABBOTT
Attorney General of Texas

BARRY McBEE
First Assistant Attorney General

JAY KIMBROUGH
Deputy Attorney General
for Criminal Justice

GENA BUNN
Assistant Attorney General
Chief, Capital Litigation Division


TINA J. DETTMER
Assistant Attorney General
State Bar No. 24026139

Office of the Attorney General
Capital Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas  78711-2548
Telephone:  (512) 936-1600
Telecopier:  (512) 320-8132

ATTORNEYS FOR RESPONDENT

## CERTIFICATE OF SERVICE

I, TINA J. DETTMER, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the above and foregoing **Respondent Cockrell's Motion to Substitute Counsel** has been served by placing same in the United States mail, postage prepaid, on this the 20th day of February, 2003, addressed to Petitioner as follows:

Michael V. Powell
Locke Liddell & Sapp, L.L.P.
2200 Ross Avenue
Dallas, TX 75201-6776

Susan Karmanian
George Washington School of Law
2000 H Street, N.W.
Washington D.C. 20052

Andrew Hammel
OWEN & ROUNTREE, L.L.P.
510 S. Congress, Ste. 308
Austin, Texas 78704

TINA J. DETTMER
Assistant Attorney General

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

RICHARD PAUL COLELLA,   §
      Petitioner, §
         §
v.          §  CIVIL ACTION NO. 01-CV-166
         §
JANIE COCKRELL, Director,  §
Texas Department of Criminal  §
Justice, Institutional Division,  §
      Respondent. §

## ORDER

It is hereby ordered that Respondent, **Respondent Cockrell's Motion to Substitute**

**Counsel** be GRANTED, and Charles Palmer is withdrawn and Tina J. Dettmer is substituted

as Attorney in Charge for the Director.


Entered this _____ day of _____, 2003.



            _____
            John Wm. Black
            MAGISTRATE JUDGE PRESIDING