IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 27 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| RICHARD PAUL COLELLA, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 01-CV-166 |
| | § | |
| JANIE COCKRELL, Director, | § | |
| Texas Department of Criminal | § | |
| Justice, Institutional Division, | § | |
| Respondent. | § | |

## ORDER

It is hereby ordered that Respondent, **Respondent Cockrell's Motion to Substitute Counsel** (Docket no. 38) be GRANTED, and Charles Palmer is withdrawn and Tina J. Dettmer is substituted as Attorney in Charge for the Director.

Entered this 27th day of FEBRUARY, 2003.

John Wm. Black
MAGISTRATE JUDGE PRESIDING