United States District Court
Southern District of Texas
FILED

MAR 0 5 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RICHARD PAUL COLELLA, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 01-CV-166 |
| | § | |
| JANIE COCKRELL, Director, | § | |
| Texas Department of Criminal | § | |
| Justice, Institutional Division, | § | |
| Respondent. | § | |

## RESPONDENT COCKRELL'S RESPONSE
## TO ORDER GRANTING DISCOVERY

Petitioner Richard Paul Colella ("Colella")[1] was properly convicted and sentenced to death in Texas state court for the murders of Michael Lavesphere and David Ray Taylor. In the instant proceeding, Colella seeks federal habeas relief pursuant to 28 U.S.C. § 2254. Colella filed his federal habeas petition on September 27, 2001. On February 13, 2003, this Court entered a discovery order mandating that the Director make certain further efforts to comply with the Court's original August 18, 2002, discovery order compelling production of (1) Luis Martinez' grand jury testimony; and (2) memorandums, notes, recordings, etc. of the State's May 1992 interview with Anthony "Red" Wilson. The following is the Director's response to the Court's February 13, 2003, discovery order.

### RESPONSE TO DISCOVERY ORDER

First, this Court ordered the Director to produce to Colella's counsel "a complete photocopy of the grand jury record appearing at Volume 7, Page 109 of the Cameron County

---

[1]    For purposes of clarity, Respondent Janie Cockrell will be referred to as "the Director."

Grand Jury Records, as described in Item 2 of the Memorandum of Investigation attached to Respondent's Response to Order Granting Discovery." Attached as EXHIBIT A is a copy of a letter sent by the Cameron County District Attorney's Office to Colella's counsel, Mr. Michael Powell, dated February 24, 2003, enclosing the relevant portions of that page.

The Director was next ordered to produce "the complete file of the Cameron County Sheriff's Department on the investigation of the murders for which Petitioner was indicted for *in camera* inspection by this Court to determine whether any record of Wilson's May 1992 is, or ever was, in that file." On March 4, 2003 the undersigned counsel personally delivered this file to the Court for *in camera* inspection.

Third, the Director was ordered to produce to Colella's counsel "records of Cameron County, Texas, showing all payments to contract court reporters during 1992 in further attempt to ascertain the identity of the court reporter who recorded Martinez' grand jury testimony." The Director was further ordered to "contact any court reporters whose names [appeared] to determine whether they recorded Martinez' grand jury testimony." Attached as EXHIBIT B is a letter from Cameron County Auditor, Mark Yates, asserting that Cameron County no longer possesses detail transaction records for fiscal years prior to 1996. The letter further states that "[d]etail transaction records and their supporting invoices are kept for the current year, the immediate past year and for three years subsequent." Because the records at issue no longer exist (and are not required to be kept by State law) the Director is unable identify any contract reporters paid by Cameron County in 1992.

Additionally, the Court ordered that if the search of Cameron County records to identify the names of contract court reporters paid by Cameron County did not yield the name of the court reporter responsible for recording Luis Martinez' grand jury testimony, the Director must "contact the Official Court Reporters employed by Cameron County in 1992

to determine whether one of them recorded that grand jury testimony." Attached as EXHIBITS C, D, E, F, G, H, and I are letters from Official County Court Reporters Kary Richardson, Judith Eaves, Jimmy W. Eaves, Cynthia L. Garza, Sue Chaney Saenz, John R. Corr, and Connie Stone, respectively, stating that they did not report the grand jury testimony of Luis. G. Martinez. Kary Richardson's letter indicates that there are two other Official Court Reporters from 1992, Julie Cooke and Gary Alexander, who are no longer employed by Cameron County in 1992. The Director has filed an open records request with the Texas Court Reporter Certification Board in attempt to ascertain the current whereabout of these two court reporters. The Director will supplement the instant discovery order response as soon as further information regarding Ms. Cooke and Mr. Alexander's whereabouts becomes available.

Finally, The Director was ordered to "take the necessary steps to contact Mr. Bill Briggs, a former Cameron County court reporter who is now reported to be employed by the United States District Court for the Western District of Texas." Attached as EXHIBIT J is a facsimile from Mr. Bill Briggs stating that he did not report any grand jury proceedings concerning a capital murder case or the testimony of a witness known as Luis Martinez.

Unless this Court's examination of the Cameron County Sheriff's file reveals information regarding the May 1992 interview of Red Wilson, or the Director's continued attempts to contact Julie Cooke and Gary Alexander reveal that one of them reported the grand jury testimony of Luis Martinez, the Director contends that, despite due diligence, it will not be able to produce either the grand jury transcript of Luis Martinez or any notes, memorandums, recordings, etc. of the State's May 1992 interview of Anthony "Red" Wilson" as required in the August 18, 2002 discovery order.

Importantly, the Director's inability to comply with Court's discovery order does not

3

indicate a lack of diligence by the Director or counsel for the Director. After being served with a copy of the Court's original discovery order, the Director forwarded a copy of this order to and made several inquiries of the Cameron County District Attorney's office, the entity actually possessing care, custody, and control over these documents. When the Cameron County District Attorney's office was unable to locate either of the two items named in the discovery order, the Director agreed to limited discovery allowing Colella to dispose Cameron County officials to determine the extent of the effort made to locate the relevant material. The Director has also complied with the mandates issued in the most recent discovery order in further attempt to produce the documents at issue. Furthermore, the inability to locate these documents is not exceptional when considering that Colella has never provided conclusive proof that either of the items ever existed.[2] For these reasons, the Director urges that any motion for discovery sanctions filed by Colella would be inappropriate.

Respectfully submitted,

GREG ABBOTT
Attorney General of Texas

---

[2]     No one from the Cameron County District Attorney's office has any specific recollection of there being a transcript of Luis Martinez grand jury testimony. Moreover, testimony during the deposition of both John Olson and Gualberto Gonzalez establish that grand jury testimony was not routinely reported or transcribed. The decision of whether this occurred was made on a case by case basis by the prosecutor. Thus, the fact that Luis Martinez testified before a grand jury does not, standing alone, establish that a transcript of that testimony does now, or has ever existed.

Further, the record clearly establishes that the State's May 1992 interview of Antony "Red" Wilson was conditioned on the fact that the interview not be recorded. Thus, the absence of any written statement, notes, memorandums, recordings, etc. in either the prosecutor's file or the Cameron County Sheriff's file is not alarming or unexpected.

4

BARRY McBEE
First Assistant Attorney General

JAY KIMBROUGH
Deputy Attorney General
for Criminal Justice

GENA BUNN
Assistant Attorney General
Chief, Capital Litigation Division

TINA J. DETTMER
Assistant Attorney General
State Bar No. 24026139

Office of the Attorney General
Capital Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas  78711-2548
Telephone:  (512) 936-1600
Telecopier:  (512) 320-8132

ATTORNEYS FOR RESPONDENT

5

## CERTIFICATE OF SERVICE

I, TINA J. DETTMER, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the above and foregoing **Respondent Cockrell's Response to Order Granting Discovery** has been served by placing same in the United States mail, postage prepaid, on this the 4th day of March, 2003, addressed to Petitioner as follows:

Michael V. Powell
Locke Liddell & Sapp, L.L.P.
2200 Ross Avenue
Dallas, TX 75201-6776

Susan Karmanian
George Washington School of Law
2000 H Street, N.W.
Washington D.C. 20052

Andrew Hammel
OWEN & ROUNTREE, L.L.P.
510 S.Congress, Ste. 308
Austin, Texas 78704

TINA J. DETTMER
Assistant Attorney General

6

# Exhibit
# A

February 24, 2003 letter from Cameron County
District Attorney's Office to Michael V. Powell



# CAMERON COUNTY DISTRICT ATTORNEY
### CAMERON COUNTY COURTHOUSE
974 E. HARRISON STREET ★ BROWNSVILLE, TEXAS 78520

**RECEIVED**
FEB 28 2003
CAPITAL LITIGATION DIVISION
**RECEIVED**
FEB 28 2003
CAPITAL LITIGATION DIVISION

**Yolanda de León**
County and District Attorney

February 24, 2003

Mr. Michael V. Powell
LOCKE LIDDEL & SAPP, LLP
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201-6776

### VIA: CM/RRR #7000 1670 0006 1971 2607

RE:   **Richard  Collela v. Janie Cockrell**
      **Civil Action No. 01-CV-166**

Dear Mr. Powell:

   This is to inform you that subject to the Court order entered on February 13, 2003, Volume 7, Page 109 of the Cameron County Grand Jury Records was presented to Judge Black for *in camera* inspection on February 20, 2003. As per Judge Black's direction please find enclosed three legal size pages copies of the relevant parts of Page 109 of Volume 7 of the Cameron County Grand Jury Records. The names of unrelated defendants have been redacted.

   If you have any questions please contact the undersigned.

                                    Sincerely,           *Isreal Peña*
                                                         *for Fraud Meeting*

                                    Francisco J. Martinez

Encl:

cc:   Ms. Tina J. Dettmer, Assistant Attorney General
      P.O. Box 12548
      Austin, Texas 78711-2448
      **CM/RRR# 7000 1670 0006 1971 2591**

Brownsville: (956) 544-0849          Fax: (956) 544-0869          Harlingen: (956) 425-6043

#6C271

Paul Richard Rice #66639
Brenda Becking Pellels #66638
and Anthony Rinicid Wilson #54774

Capital Murder

Aggravated Assault

Intoxication with a Vehicle
Combined with P3.

26.

F3

F9

| | | | | 2692 |
| | | | 7 | 9/91 |
| | | 12 | 10 | 90 |

S. Luis Martinez



Martinz - Sheriff's office

True Bill S.R.G.

True Bill S.R.G.

Combined with p3 S.R.G.

# JURY

### Term, A.D. 19___

| Stage | DATE OF OFFENSE | | | NAMES | WITNESSES | RESIDENCES | REMARKS |
|---|---|---|---|---|---|---|---|
| | Month | Day | Year | | | | |
| Habitation | 11 | 24 | 91 | | | | pulled S.R.G. |
| | — | — | — | | | | No Bill S.R.G. |
| Possession authorized list of | 1 | 21 | 91 | | | | True Bill S.R.G. |
| combined into 81 | 12 | 6 | 91 | | | | True Bill S.R.G |
| idea of original unit 81 | 12 | 6 | 91 | | | | combined with 81 S... |
| Quick — | 1 | 24 | 92 | | | | True Bill S.R.G. |
| His Quick | 1 | 24 | 92 | | | | Combined with 83 S.R. |

# Exhibit
# B

March 3, 2003 letter from Cameron County
Auditor to Attorney General's Office

*Cameron County, Texas*

**Cameron County Auditor's Office**
*964 E. Harrison Street*
*Brownsville, TX 78520*

*Telephone: (956) 544-0822*
*Fax: (956) 548-9527*
*Fax: (956) 544-0876*

*This facsimile correspondence originated from:* Mark Yates

*Date of Transmission:* 3.3.03

*Deliver To:* Tina Dettmer

*Receiving Fax Number:* (512) 320-8132

*Message:*

*Following this cover page, there is/are ____1____ page(s) in this transmission.*

# COUNTY AUDITOR

### CAMERON COUNTY, TEXAS
### P.O. Box 3846
### Brownsville, Texas 78520
### (956) 544-0822

Mark A. Yates, CPA
**COUNTY AUDITOR**

March 3, 2003

Tina Dettmer
Assistant Attorney General
Capital Litigation Department
P.O. 12548
Austin, TX 78711
tina.dettmer@oag.state.tx.us
(512) 320-8132

Dear Ms. Dettmer:

My office has researched our current transaction records. We no longer possess detail transaction records for fiscal years prior to 1996. We do maintain financial audits and payroll records for all years. Our records maintenance policy is consistent with Texas State Library retainage guidelines. Detail transaction records and their supporting invoices are kept for the current year, the immediate past year and for three years subsequent. Please let me know if you need additional assistance.

Sincerely,

Mark A. Yates, CPA
Cameron County Auditor
(956) 550-1398 or myates@co.cameron.tx.us

# Exhibit C

February 26, 2003 letter from Official Court Reporter *Kary Richardson* to Attorney General's Office



**KARY RICHARDSON**
Official Court Reporter
197th District Court
974 E. Harrison Street
Brownsville, Texas 78520
(956) 544-0874



February 26, 2003

Ms. Tina J. Dettmer
Assistant Attorney General
Capital Litigation Division
P.O. Box 12548
Austin, Texas 78711-2548

 Re: Grand Jury Testimony of Luis G. Martinez, Jr.

Dear Ms. Dettmer:

 In response to your letter dated February 19, 2003 regarding the grand jury testimony of Luis G. Martinez, Jr., I was employed by Cameron County on February 26, 1992 as the official court reporter for the 197th District Court. I have conducted a search of my records and have determined that I did not report any grand jury proceedings or, more specifically, the grand jury testimony of Luis G. Martinez, Jr., on February 26, 1992.

 I have provided a copy of your letter and Judge Black's order to the following court reporters who were employed as officials by Cameron County at the time in question and included their responses to your request:

   Jimmy W. Eaves, 107th District Court
   Cynthia L. Garza, 357th District Court
   Sue Chaney Saenz, 103rd District Court
   John R. Corr, Deputy Official
   Connie Stone, Impact Court Official
   Judith A. Eaves, County Court at Law No. 2

 Gary Alexander was the official for the 138th District Court and Julie Cooke, formerly Julie Cantu, was the official for County Court at Law No. 1 at the time in question. However, they are no longer employed by Cameron County.

 If you have any questions, please feel free to contact me.

     Sincerely,

     Kary Richardson

KDR/kdr
Enclosures

# Exhibit D

Letter from Official Court Reporter
*Judith Eaves* to Attorney General's Office

**Judith A. Eaves, C.S.R.**
Official Court Reporter
County Court At Law No. 1
974 East Harrison Street
Brownsville, Texas 78520
956-544-0855
Fax: 956-544-0855

*RECEIVED*
*FEB 27 2003*
*CAPITAL LITIGATION DIVISION*

February 25, 2003


Ms. Tina J. Dettmer
Assistant Attorney General
Capital Litigation Division
PO Box 12548
Austin, TX 78711-2548


Re:     CIVIL ACTION NO. 1.01CV166, PAUL RICHARD COLELLA, PETITIONER, VS. JANIE
        COCKRELL, DIRECTOR, RESPONDENT
        GRAND JURY TESTIMONY OF LUIS G. MARTINEZ


Dear Ms. Dettmer,


I have received a copy of your letter addressed to Kary Richardson regarding the above
referenced matter. I was the Official Court Reporter for County Court At Law No. 2 from
November 1986 through December 1999. I have searched my records for the time period of
January 1992, and I did not report the grand jury testimony of Luis G. Martinez, Jr. on January
26, 1992.


Please do not hesitate to contact me if you have any questions.


Sincerely yours,

*Judith A. Eaves*

Judith A. Eaves, C.S.R.

# Exhibit
# E

Letter from former Official Court Reporter
*Jimmy Eaves* to Attorney General's Office



335 Staunton Street
Brownsville, TX 78520
February 24, 2003
Phone: (956) 546-1915

Ms. Tina J. Dettmer
Assistant Attorney General
Capital Litigation Division
P.O. Box 12548
Austin, TX 78711-2548

  Re: The State of Texas vs. Richard Paul Colella
    Cameron County, Texas.

Dear Ms. Dettmer:

  This is to advise that I was the Official Court Reporter of the 107th District Court of Cameron County, Texas, from November 1956 until my retirement on January 31, 1995.

  I have reviewed my stenographic notes, my computerized data writer notes, as well as my copy of the docket sheets containing a listing of the cases that were set for hearings or trials in the 107th District Court to see if I reported grand jury testimony of Luis Martinez, Jr., on February 26, 1992, and I found no indication of having reported any grand jury proceedings on the date inquired about. As a matter of fact, all of the sources of information listed above indicate that I reported proceedings, hearings, or trials on February 21, 1992, and did not report any other proceedings thereafter until March 2, 1992.

  If I can be of any further service to you, you may contact me at the address or phone number listed above.

         Yours very truly,

         JIMMY W. EAVES

# Exhibit F

Letter from Official Court Reporter
*Cynthia L. Garza* to Attorney General's Office



**CSR. RMR**

**CYNTHIA L. GARZA**
**Official Court Reporter**
**357th District Court**
**Cameron County Courthouse**
**974 E. Harrison Street**
**Brownsville, Texas  78520**
**(956) 548-9522**



RECEIVED
FEB 27 2003
CAPITAL LITIGATION DIVISION

February 24, 2003

Hon. Tina J. Dettmer
Assistant Attorney General
Capital Litigation Division
P.O. Box 12548
Austin, Texas  78711-2548

In re:  State vs. Richard Paul Colella
        Grand Jury testimony

Dear Ms. Dettmer:

        I write in response to your request that a search be conducted to determine
whether or not the grand jury testimony of Luis G. Martinez, Jr. on February 26, 1992,
was reported by me.  I am not the reporter that reported any grand jury testimony on this
case at any time.  I am, however, the official reporter that reported the trial on the merits
in the above-named case.
        If  I can be of any further assistance to you, please let me know.

Sincerely,

Cynthia L. Garza, CSR, RMR

# Exhibit G

Letter from Official Court Reporter
*Sue Chaney Saenz* to Attorney General's Office



**SUE CHANEY SAENZ**
Official Court Reporter
103rd District Court
974 E. Harrison Street
Brownsville, Texas 78520
(956) 544-0844

RECEIVED
FEB 27 2003
CAPITAL LITIGATION DIVISION

February 26, 2003

HON. TINA J. DETTMER
Assistant Attorney General
Capital Litigation Division
P.O. Box 12548
Austin, TX  78711-2548

                    In Re:  Grand Jury testimony of
                            Luis G. Martinez, Jr. on
                            February 26, 1992.

Dear Ms. Dettmer,

     This letter is to inform you that I was not the
reporter who took Grand Jury testimony of Luis G.
Martinez, Jr., on February 26, 1992.  I have never taken
Grand Jury testimony during any Grand Jury Proceedings in
my entire career as a Certified Shorthand Reporter.

                    Sincerely,

                    SUE CHANEY SAENZ

SCS:tbm

                    SUE CHANEY SAENZ, CSR

# Exhibit
# H

Letter from Official Court Reporter
*John R. Corr* to Attorney General's Office



**JOHN R. CORR**
Official Court Reporter
Cameron County Courthouse
974 E. Harrison Street
Brownsville, Texas 78520
(956) 544-0874

RECEIVED
FEB 27 2003
CAPITAL LITIGATION DIVISION

February 24, 2003

Tina J. Dettmer
Assistant Attorney General
Capital Litigation Division
P. O. Box 12548
Austin, Texas 78711-2548

Re:  Grand Jury Testimony of Richard Paul Colella

Dear Ms. Dettmer:

    In reference to your letter request of 2/19/03 to
Mr. Kary Richardson seeking a response from any court
reporter who may have reported grand jury proceedings in the
above matter on February 26, 1992, I was employed by Cameron
County on that date.

    I have searched my records and have found nothing to
indicate that I reported **any** grand jury proceedings on
that particular date or during that time period.

                            Sincerely,

                            John R. Corr

# Exhibit I

Letter from Official Court Reporter
*Connie Stone* to Attorney General's Office

RECEIVED
FEB 27 2003
CAPITAL LITIGATION DIVISION

**Connie Stone, CSR, RPR**
**Official Court Reporter**
**974 E. Harrison**
**Brownsville, Texas  78520**
**(956) 574-8139**

February 24, 2003


Ms. Tina J. Dettmer
Assistant Attorney General
Capital Litigation Division
P. O. Box 12548
Austin, TX 78711-2548

     RE:  Grand Jury Testimony of Richard Paul Colella

Dear Ms. Dettmer:

     Pursuant to your letter dated February 19, 2003, regarding the above-styled case, I have made a search of my archived shorthand notes and find that I did not report any grand jury proceedings on February 26, 1992 regarding the defendant, Richard Paul Colella.  If I can be of further service in this matter, please advise.


          Sincerely yours,

          *Connie Stone*

          Connie Stone, CSR, RPR
          Official Reporter, County Court at Law  3
          Formerly Official Reporter, Impact Court

# Exhibit J

Facsimile from *Bill Briggs*
to Attorney General's Office

# Fax Cover Sheet

Bill L. Briggs, C.S.R. O.C.R.
1009 E. 13th St.
Sweetwater, TX 79556
915-235-0121
Fax number: 915-235-0112

| Send to:<br>Texas Attorney General Office | From: Bill L Briggs, C.S.R., O.C.R. |
|---|---|
| Attention: Tina Dettmer | Date: 3-3-03 |
| Office Location: | Office Location: Sweetwater, TX |
| Fax Number: 512-320-8132 | Phone Number: 915-235-0121 |

- ☐ Urgent
- ☐ Reply ASAP
- ☐ Please comment
- ☐ Please Review
- ☐ For your Information

Total pages, including cover:

**Comments:**

As per our conversation; as I stated in the year of 1992 in Cameron County, Brownsville, TX. I never did any Grand Jury proceedings concerning a Capital Murder case, or testimony of a witness know as Luis Martinez.

Yours truly,

Bill L. Briggs, C.S.R. O.C.R.