IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 17 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| RICHARD PAUL COLELLA, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 01-CV-166 |
| | § | |
| JANIE COCKRELL, Director, | § | |
| Texas Department of Criminal | § | |
| Justice, Institutional Division, | § | |
| Respondent. | § | |

**RESPONDENT COCKRELL'S SUPPLEMENTAL
RESPONSE TO ORDER GRANTING DISCOVERY**

Petitioner Richard Paul Colella ("Colella")[1] was properly convicted and sentenced to death in Texas state court for the murders of Michael Lavesphere and David Ray Taylor. In the instant proceeding, Colella seeks federal habeas relief pursuant to 28 U.S.C. § 2254. Colella filed his federal habeas petition on September 27, 2001. On February 13, 2003, this Court entered a discovery order mandating that the Director make certain further efforts to comply with the Court's original August 18, 2002, discovery order compelling production of (1) Luis Martinez' grand jury testimony; and (2) memorandums, notes, recordings, etc. of the State's May 1992 interview with Anthony "Red" Wilson. The following is the Director's supplemental response to the discovery orders entered by this Court:

**SUPPLEMENTAL RESPONSE TO DISCOVERY ORDER**

On March 5, 2003, the Director filed her response to the Court's February 13, 2003 discovery order. Therein, the Director indicated that, unless the Court's *in camera* inspection

---

[1] For purposes of clarity, Respondent Janie Cockrell will be referred to as "the Director."

of the Cameron County Sheriff's Office file - delivered to the Court on March 4, 2003 - revealed any documents relevant to Anthony "Red" Wilson's May 1992 interview by the State, she would be unable to produce any notes, memorandum, recordings, etc. of this interview in response to the Court's August 16, 2002, discovery order. As yet, the Director is unaware of what the Court's *in camera* inspection of this filed has revealed.

The Director further indicated in her March 5, 2003, discovery response that, unless her continued attempts to locate former Cameron County court reporters Julie Cook and Gary Alexander yielded the name of the court reporter responsible for recording Luis Martinez February 26, 1992, grand jury testimony, she would be unable to produce a copy of the transcript from that proceeding. The Director is still attempting to locate these individuals and, therefore, does not currently know whether it will be possible to produce the transcript of Luis Martinez' grand jury testimony.

Again, the Director urges that her inability to comply with Court's discovery order does not indicate a lack of diligence by the Director or counsel for the Director. The Director incorporates by references the assertions made in her previous discovery responses regarding the attempts made to located these two items.

                Respectfully submitted,

                GREG ABBOTT
                Attorney General of Texas

                BARRY McBEE
                First Assistant Attorney General

                JAY KIMBROUGH
                Deputy Attorney General
                for Criminal Justice

GENA BUNN
Assistant Attorney General
Chief, Capital Litigation Division

_____
TINA J. DETTMER
Assistant Attorney General
State Bar No. 24026139

Office of the Attorney General
Capital Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone: (512) 936-1600
Telecopier: (512) 320-8132

ATTORNEYS FOR RESPONDENT

## CERTIFICATE OF SERVICE

I, TINA J. DETTMER, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the above and foregoing **Respondent Cockrell's Supplemental Response to Order Granting Discovery** has been served by placing same in the United States mail, postage prepaid, on this the 14th day of March, 2003, addressed to Petitioner as follows:

Michael V. Powell
Locke Liddell & Sapp, L.L.P.
2200 Ross Avenue
Dallas, TX 75201-6776

Susan Karmanian
George Washington School of Law
2000 H Street, N.W.
Washington D.C. 20052

Andrew Hammel
OWEN & ROUNTREE, L.L.P.
510 S.Congress, Ste. 308
Austin, Texas 78704

_____
TINA J. DETTMER
Assistant Attorney General