IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 1 7 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| PAUL RICHARD COLELLA, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| | § | |
| -VS- | § | CIVIL ACTION NO. 1:01cv166 |
| | § | |
| | § | |
| JANIE COCKRELL, Director, Texas | § | |
| Department of Criminal Justice, | § | |
| Institutional Division, | § | |
| | § | |
| Respondent. | § | |

## ORDER

Petitioner's *Unopposed Motion for Substitution of Counsel* having been duly considered, it is hereby ORDERED that:

1. Andrew Hammel of Owen & Rountree, LL.P is appointed co-counsel for Mr. Colella in substitution of Ms. Mandy Welch.

2. Mr. Hammel will be compensated at the rate of $125.00/hour, and interim billing will be permitted.

Signed this 17th day of MARCH, 2003.

_____
UNITED STATES MAGISTRATE JUDGE