# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
UNITED STATES COURTHOUSE
600 E. HARRISON STREET, #204
BROWNSVILLE, TEXAS 78520

United States District Court
Southern District of Texas
FILED

MAR 3 1 2003

Michael N. Milby
Clerk of Court

CHAMBERS OF
JOHN WM. BLACK
MAGISTRATE JUDGE

PHONE (956) 548-2570

March 31, 2003

Mr. Michael Powell
Ms. Susan L. Karamanian
2200 Ross Avenue, Suite 2200
Dallas, TX  75201-6776

Ms. Mandy Jo Welch
1630 Castle Court, Suite A
Houston, TX  77006

Mr. Andrew A. Hammel
510 S. Congress, Suite 308
Austin, TX  78704

Mr. Charles Palmer
Ms. Tina Joann Dettmer
Office of the Attorney General
 of Texas
P. O. Box 12548
Austin, TX  78711

Re: C.A. No. B-01-166
Paul Richard Colella vs.
Janie Cockrell, et al.

Counselors:

I have reviewed the file delivered to me by the Cameron County Sheriff's Office. I have determined that all of it should be made available. The file includes negatives. Please advise how you wish to obtain access to the file.

Very truly yours,

John Wm. Black
United States Magistrate Judge

2200 ROSS AVENUE
SUITE 2200
DALLAS, TEXAS 75201-6776

DIRECT NUMBER: (214) 740-8520
email: mpowell@lockeliddell.com

March 22, 2003

The Honorable John Wm. Black
United States Magistrate Judge
United States Courthouse
600 E. Harrison Street, #204
Brownsville, Texas 78520

Re:   Civil Action No. B-01-166, *Colella v. Cockrell*

Dear Judge Black:

By Respondent's Response served March 4, 2003, and by letter of the same date, Ms. Dettmer, counsel for the State, advised us that she had delivered the Cameron County Sheriff's Department file relevant to this case to chambers for Your Honor's *in camera* review.

Counsel for petitioner are preparing for the upcoming evidentiary hearing, and we wanted respectfully to raise the question whether there is any information in the Sheriff's Department file that Your Honor has concluded should be disclosed to us.

We appreciate the Court's continued attention to this action.

Respectfully submitted,

Michael V. Powell

cc:   Ms. Tina Dettmer, Assistant Attorney General
      Mr. Andrew Hammel
      Ms. Susan Karamanian