# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 1 1 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| PAUL RICHARD COLELLA,<br>Petitioner, | §<br>§<br>§ | |
| v. | §<br>§ | CIVIL ACTION NO. B-01-166 |
| JANIE COCKRELL,<br>DIRECTOR, TEXAS DEPARTMENT<br>OF CRIMINAL JUSTICE,<br>INSTITUTIONAL DIVISION,<br>Respondent. | §<br>§<br>§<br>§<br>§<br>§ | |

## ORDER ADOPTING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court has reviewed the Magistrate Judge's Report and Recommendation of February 19, 2003, regarding Respondent's Motion for Summary Judgment (Docket Entry No. 11). After having conducted a *de novo* review of the entire file, the Court is of the opinion that said Report and Recommendation should be adopted.

It is, therefore, **ORDERED** that the Report and Recommendation is hereby **ADOPTED**, and Respondent's Motion for Summary Judgment is **GRANTED IN PART** and **DENIED IN PART**.

DONE at Brownsville, Texas, on this 10th day of April, 2003.

Filemon B. Vela
United States District Judge