IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 2 1 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| PAUL RICHARD COLELLA, | § § | |
| Petitioner, | § § | |
| -VS- | § § | CIVIL ACTION NO. 1:01cv166 |
| JANIE COCKRELL Director, Texas Department of Criminal Justice, Institutional Division, | § § § § | |
| Respondent. | § § | |

**PETITIONER'S UNOPPOSED MOTION TO SECURE PRESENCE OF PETITIONER
PAUL RICHARD COLELLA AT EVIDENTIARY HEARING**

TO THE HONORABLE JOHN WM. BLACK, UNITED STATES MAGISTRATE JUDGE:

On January 13, 2003, this Court ordered that an evidentiary hearing take place in this case on June 9, 2003. As the Supreme Court has noted, the presence of the petitioner at a federal habeas evidentiary hearing is a "basic consideration of habeas corpus practice" and is "inherent in the very term 'habeas corpus'" *Johnson v. Eisentrager*, 339 U.S. 763, 778 (1950) (italics omitted).

28 U.S.C. Section 2243 provides that when a federal habeas court orders a hearing in the case of a state prisoner, the "person to whom the writ is directed shall be required to produce at the hearing the body of the person detained," unless the hearing involves purely legal issues. Thus the Respondent State of Texas is required to produce Mr. Colella at the hearing into his case. Mr. Colella asks this Court to issue a writ of habeas corpus *ad prosequendum* requiring the

Texas Department of Criminal Justice to transport Mr. Colella to the hearing.

The undersigned counsel conferred with counsel for the Respondent. The Respondent does not oppose this Motion. A proposed order is attached for this Court's convenience.

Respectfully Submitted,

_____
Andrew Hammel
OWEN & ROUNTREE, LL.P.
Southern District No. 20611
State Bar No. 00796698
510 S. Congress
Suite 308
Austin TX 78704
Telephone: (512) 320-0334
Telecopier: (512) 320-8027


Michael V. Powell
Southern District No. 5429
State Bar No. 16204400
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201-6776
Telephone: (214) 740-8520
Telecopier: (214) 740-8800

Susan L. Karamanian
Southern District No. 10787
State Bar. No. 11097600
2000 H Street, NW
Washington, DC 20052
Telephone: (202) 994-1210
Telecopier: (202) 994-2831

ATTORNEYS FOR PETITIONER PAUL RICHARD COLELLA

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing document was sent by regular mail to the following:

Ms. Tina Dettmer
Assistant Attorney General
Capital Litigation Division
PO Box 12548
Capitol Station
Austin, Texas 78711
Fax: 512.320.8132

Dated: April 18, 2003

_____
Andrew Hammel

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PAUL RICHARD COLELLA, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| -VS- | § | CIVIL ACTION NO. 1:01cv166 |
| | § | |
| JANIE COCKRELL Director, Texas | § | |
| Department of Criminal Justice, | § | |
| Institutional Division, | § | |
| | § | |
| Respondent. | § | |

## ORDER FOR ISSUANCE OF WRIT OF HABEAS CORPUS *AD PROSEQUENDUM*

Petitioner, PAUL RICHARD COLELLA, is scheduled on the docket of this Court. Petitioner is currently in custody and incarcerated at the Polunsky Unit of the Texas Department of Criminal Justice. 12002 Farm Road 350 South, Livingston, Texas 77351. Petitioner's presence is needed for the **hearing** scheduled in the above-entitled cause. The Court is of the opinion that a Writ of Habeas Corpus ad Prosequendum is in order and should be issued to bring the Petitioner before this Court on Monday, June 9th, 2003, and there to remain in custody until after the hearing.

Accordingly, it is **ORDERED** that the Warden, Texas Department of Criminal Justice, Livingston, Texas is commanded to produce the body of Defendant **PAUL RICHARD COLELLA**, inmate no. 999045, in the United States Courthouse, 600 E. Harrison St., Brownsville, Texas 78520 for the purpose of attending the hearing. In accordance with 28 U.S.C. §2243, Respondent the State of Texas shall bear the costs associated with the transfer and maintenance of the prisoner.

Signed this ___ day of _____, 2003.

                                                        John William Black
                                                        United States Magistrate Judge