IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PAUL RICHARD COLELLA, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| -VS- | § | CIVIL ACTION NO. 1:01cv166 |
| | § | |
| JANIE COCKRELL Director, Texas | § | |
| Department of Criminal Justice, | § | |
| Institutional Division, | § | |
| | § | |
| Respondent. | § | |

## ORDER FOR ISSUANCE OF WRIT OF HABEAS CORPUS *AD PROSEQUENDUM*

Petitioner, PAUL RICHARD COLELLA, is scheduled on the docket of this Court. Petitioner is currently in custody and incarcerated at the Polunsky Unit of the Texas Department of Criminal Justice. 12002 Farm Road 350 South, Livingston, Texas 77351. Petitioner's presence is needed for the **hearing** scheduled in the above-entitled cause. The Court is of the opinion that a Writ of Habeas Corpus ad Prosequendum is in order and should be issued to bring the Petitioner before this Court on Monday, June 9th, 2003, and there to remain in custody until after the hearing.

Accordingly, it is **ORDERED** that the Warden, Texas Department of Criminal Justice, Livingston, Texas is commanded to produce the body of Defendant **PAUL RICHARD COLELLA**, inmate no. 999045, in the United States Courthouse, 600 E. Harrison St., Brownsville, Texas 78520 for the purpose of attending the hearing. In accordance with 28 U.S.C. §2243, Respondent the State of Texas shall bear the costs associated with the transfer and maintenance of the prisoner.

Signed this 28 day of APRIL, 2003.

_____
John William Black
United States Magistrate Judge