IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 0 2 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| RICHARD PAUL COLELLA, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 01-CV-166 |
| | § | |
| JANIE COCKRELL, Director, | § | |
| Texas Department of Criminal | § | |
| Justice, Institutional Division, | § | |
| Respondent. | § | |

**RESPONDENT COCKRELL'S MOTION REQUESTING PARTIES
TO EXCHANGE WITNESS AND EXHIBITS LISTS**

Petitioner Richard Paul Colella ("Colella")[1] was properly convicted and sentenced to death in Texas state court for the murders of Michael Lavesphere and David Ray Taylor. In the instant proceeding, Colella seeks federal habeas relief pursuant to 28 U.S.C. § 2254. This Court has ordered that an evidentiary hearing be held in the instant case to address certain allegations in Colella's federal habeas petition. That hearing is scheduled to begin Monday, June 9, 2003, at 9:00 a.m. In the interest of judicial expediency, the Director requests that this Court order each party to provide this Court and the other party with the following information regarding the evidence to be presented during the hearing:

1. The name, address, and telephone number of each witness the party expects to present; and

2. an appropriate identification of each document or exhibit the party expects to offer into evidence.

See TEX. R. CIV. PROC. Rule 26(3) (West 2002).

---

[1] For purposes of clarity, Respondent Janie Cockrell will be referred to as "the Director."

## CONCLUSION

The Director respectfully requests that each party in the instant case be ordered to exchange witness and exhibit lists on or before June 4, 2003 at 3:00 p.m.

Respectfully submitted,

GREG ABBOTT
Attorney General of Texas

BARRY R. McBEE
First Assistant Attorney General

JAY KIMBROUGH
Deputy Attorney General
For Criminal Justice

GENA BUNN
Assistant Attorney General
Chief, Postconviction Litigation Division

TINA J. DETTMER
Assistant Attorney General
State Bar No. 24026139
Office of the Attorney General
Postconviction Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone: (512) 936-1600
Telecopier: (512) 320-8132

ATTORNEYS FOR RESPONDENT

## CERTIFICATE OF SERVICE

I, TINA J. DETTMER, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the above and foregoing pleading has been served by placing same in the United States mail, postage prepaid, on this the 29th day of May, 2003, addressed to Petitioner as follows:

Michael V. Powell
Locke Liddell & Sapp, L.L.P.
2200 Ross Avenue
Dallas, TX 75201-6776

Susan Karmanian
George Washington School of Law
2000 H Street, N.W.
Washington D.C. 20052

Andrew Hammel
OWEN & ROUNTREE, L.L.P.
510 S.Congress, Ste. 308
Austin, Texas 78704

_____
TINA J. DETTMER
Assistant Attorney General

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RICHARD PAUL COLELLA, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 01-CV-166 |
| | § | |
| JANIE COCKRELL, Director, | § | |
| Texas Department of Criminal | § | |
| Justice, Institutional Division, | § | |
| Respondent. | § | |

**ORDER**

It is hereby ordered that on or before **June 4, 2003**, at 3:00 p.m. Petitioner Colella and Respondent Cockrell shall provide the other party with a list of the witnesses expected to be called and the exhibits expected to be offered during the hearing scheduled to begin on June 9, 2003.

It is so ORDERED.

Magistrate Judge Presiding
JOHN WM. BLACK