

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 0 3 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| PAUL RICHARD COLELLA, § § Petitioner, § § § -V- § § § JANIE COCKRELL, Director, Texas § Department of Criminal Justice, § Institutional Division, § § Respondent. § | CIVIL ACTION NO. 1:01cv166 |

## PETITIONER'S RESPONSE TO RESPONDENT'S MOTION TO EXCHANGE WITNESS AND EXHIBITS LIST

**I.   Background**

An evidentiary hearing is scheduled to begin in this case on June 9, 2003. On May 30, 2003, Respondent moved the parties to exchange witness and exhibits lists. She requests that the exchange be conducted by 3:00 p.m. on June 4, 2003. The Court has since scheduled a Status Conference for Wednesday, June 4, 2003, at 1:30 PM.

Before filing the motion, Petitioner's counsel had advised Respondent's counsel that most of the witnesses and exhibits had been identified in the Habeas Petition filed in this Court. In addition, Petitioner has taken depositions from three witnesses in connection with the Court's Order for Respondent to produce certain documents. As Petitioner is still working on trying to secure witnesses for the hearing, he would effectively have to name all of the witnesses in the Petition, which would not serve any streamlining purpose.

## II. Petitioner's Position

On June 2, 2003, Petitioner sent to Respondent the names of two witnesses, Richard Burr and Dr. Daneen Milam, not identified in the Habeas Petition who may be called at the hearing. At this time, Petitioner is still trying to finalize the witnesses for the hearing. Petitioner, through counsel, has served subpoenas on Judge Abel Limas, retired Sergeant Luis G. Martinez, Jr., and Sandra Zamora Zayas to secure their presence in the courtroom next Monday at 9:00 a.m. for purposes of testifying. He may choose to subpoena other witnesses depending on rapidly-developing circumstances.

Petitioner's task in preparing for this hearing is complicated not only by the stringent standards of review established by the AEDPA but also by the severely limited opportunities for pre-hearing factual development in federal habeas cases. This is not a typical civil suit in which Petitioner has had the right to take discovery. Indeed, the rules prohibit discovery unless ordered by the Court, and the Respondent has to this date still failed to produce documents responsive to this Court's discovery order. Petitioner is thus preparing for this hearing without the extensive fact development commonly encountered in ordinary civil cases.

As a result, Petitioner is doing his best to finalize the witnesses and the documents he intends to use at the hearing but would reserve the right to give notice to Respondent of any new witnesses and documents that he intends to introduce.

WHEREFORE Petitioner prays that the Motion be considered in light of his response and he be awarded such other relief to which he is justly entitled.

Respectfully submitted,

_____
Andrew Hammel
Southern District No. 20611
State Bar No. 00796698
Owen & Rountree
510 S. Congress, Suite 308
Austin, Texas 78704
Ph: (512) 320-0334
F: (512) 320-8027

Susan L. Karamanian
Southern District No. 10787
State Bar No. 11097600
2000 H. Street NW
Washington, D.C.
Phone: (202) 994-1210
Facsimile: (202) 994-2831

Michael V. Powell
Southern District No. 5429
State Bar No. 16204400
2200 Ross Ave., Suite 2200
Dallas, Texas 75201
Phone: (214) 740-8520
Facsimile: (214) 740-8800

COUNSEL FOR PETITIONER

## CERTIFICATE OF SERVICE

I hereby certify that I have caused the foregoing pleading to be faxed on counsel for Respondent, Capital Litigation Division, Office of the Attorney General, P.O. Box 12548, Capitol Station, Austin, Texas 78711, this 2 day of June, 2003.

_____
Andrew Hammel