THE HONORABLE JOHN WM. BLACK

TELEPHONIC STATUS CONFERENCE

United States District Court
Southern District of Texas
FILED

JUN 0 4 2003

Michael N. Milby
Clerk of Court

| CIVIL ACTION NO. B-01-166 | DATE & TIME: 06-04-03 AT 1:30 A.M. |
|---|---|
| PAUL RICHARD COLELLA | PLAINTIFF(S) MICHAEL POWELL |
| | COUNSEL ANDREW HAMMEL |
| | SUSAN KARAMANIAN |
| VS. | |
| JANIE COCKRELL, ET AL. | DEFENDANT(S) TINA JOANN DETTMER |
| | COUNSEL |

---

ERO: Gabriel Mendieta
Law Clerk: Nicole Gonzalez
Deputy: Paula Tamayo

   Attorneys Michael Powell, Andrew Hammel, Susan Karamanian and Tina Dettmer appeared telephonically.

   Judge Black gave the attorneys the rules and procedures for the June 9, 2003 hearing.

   Counsel advised the court that the hearing will last approximately 3 or 4 days.