5=

THE HONORABLE JOHN WM. BLACK

HEARING

United States District Court
Southern District of Texas
FILED

JUN 0 9 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| CIVIL ACTION NO. B-01-166 | DATE & TIME: 06-09-03 AT 9:00 A.M. |
| | |
| PAUL RICHARD COLELLA | PLAINTIFF(S) MICHAEL POWELL |
| | COUNSEL    ANDREW HAMMEL |
| | SUSAN KARAMANIAN |
| VS. | |
| JANIE COCKRELL, ET AL. | DEFENDANT(S) TINA JOANN DETTMER |
| | COUNSEL |

---

ERO: Gabriel Mendieta
CSO: Richard Harrelson

    Plaintiff Paul Colella was present in the courtroom.

    Attorneys Michael Powell, Andrew Hammel, Susan Karamanian for the plaintiff and Dave Hartman for Cameron County appeared.

    Witness Sandra Zayas, Luis Martinez and Cynthia Garza were sworn in by Judge Black. Abel Limas did not appear.

    Parties were told the hearing would begin Tuesday, June 10, 2003 at 9:00 a.m.