United States District Court
Southern District of Texas
FILED

JUN 1 0 2003

Michael N. Milby
Clerk of Court

THE HONORABLE JOHN WM. BLACK

HEARING

CIVIL ACTION NO. B-01-166                    DATE & TIME: 06/10/03 AT 9:00 A.M.

PAUL RICHARD COLELLA                         PLAINTIFF(S)  MICHAEL POWELL
                                             COUNSEL       ANDREW HAMMEL
                                                           SUSAN KARAMANIAN

VS.

JANIE COCKRELL, ET.AL.                       DEFENDANT(S)  TINA JOANN DETTMER
                                             COUNSEL       TOMEE CROCKER
                                                           KELLI WEAVER

---

Held in Chambers

9:00 A.M.    Parties informed the Court that settlement negotiations had taken place, however they had not officially been finalized. Parties agreed to continue working on settlement and that they would inform the court of the status in the afternoon.

2:00 P.M.    Parties reconvened in Chambers and informed the Court that they had reached a settlement. Colella is to plead guilty in state court and as the result of a plea bargain, he will receive a reduced sentence with credit for time served.

             A Report and Recommendation will not be issued, as an order will be prepared and submitted for Judge Vela's signature.

             Colella will be released from the custody of the U.S. Marshall's and placed under the supervision of the Texas Department of Corrections, pending his appearance in state court.