IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 1 6 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| PAUL RICHARD COLELLA, § | |
| Petitioner, § | |
| § | |
| v. § | CIVIL ACTION NO. 01-CV-166 |
| § | |
| JANIE COCKRELL, Director, § | |
| Texas Department of Criminal § | |
| Justice, Institutional Division, § | |
| Respondent. § | |

## CONFESSION OF ERROR

On September 3, 1992, Petitioner Richard Paul Colella ("Colella")[1] was convicted of capital murder in Cause No. 92-CR-173-E in the 357th Judicial District Court of Cameron County, Texas for the murders of Michael Lavesphere and David Ray Taylor. On September 4, 1992, Colella's jury answered "yes" to Special Issue No. 1 and "no" to Special Issue No. 2 submitted under Texas Code of Criminal Procedure art. 37.071 section 2(b)(1) & (e). On September 11, 1992, the Texas Court sentenced Colella to death.

In the instant proceeding, Colella seeks federal habeas relief pursuant to 28 U.S.C. § 2254. Pursuant to a Compromise and Settlement Agreement, Respondent Janie Cockrell ("the Director") is now filing a confession of error, and would show the Court that:

1. The Director confesses error as to Colella's claim that trial counsel was ineffective at the guilt-innocence phase of Colella's trial for capital murder for failing to investigate and prepare the case for trial.

2. The Director concedes that, as such, Colella's right to counsel under the Sixth Amendment of the United States Constitution was violated due to the ineffectiveness of his trial counsel in the guilt-innocence phase of his capital murder trial.

3. The Court should enter an order granting a conditional writ of habeas corpus as to Colella's claim that trial counsel was ineffective during the

---

[1] For purposes of clarity, Respondent Janie Cockrell will be referred to as "the Director."

guilt-innocence phase of Colella's capital murder trial and that therefore Colella's rights under the Sixth Amendment to the United States Constitution were violated.

For the foregoing reasons, the Director respectfully requests that this Court grant a conditional writ of habeas corpus with regard to the above-mentioned claim for relief.

Respectfully submitted,

GREG ABBOTT
Attorney General of Texas

BARRY R. McBEE
First Assistant Attorney General

JAY KIMBROUGH
Deputy Attorney General
For Criminal Justice

GENA BUNN
Assistant Attorney General
Chief, Postconviction Litigation Division

*Tina J. Dettmer*

TINA J. DETTMER
Assistant Attorney General
Attorney-in-Charge
Southern District No. 31496
State Bar No. 24026139
Office of the Attorney General
Postconviction Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone: (512) 936-1600
Telecopier: (512) 320-8132

ATTORNEYS FOR RESPONDENT

-3-

## CERTIFICATE OF SERVICE

I, TINA J. DETTMER, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the above and foregoing pleading was sent by facsimile to Michael V. Powell, counsel for Petitioner, on ___7-1-03___ and hard copies were mailed to counsel addressed as follows:

Michael V. Powell
2200 Ross Avenue
Suite 2200
Dallas, TX 75201-6776

Susan L. Karamanian
2000 H Street, N.W.
Washington D.C. 20052

Andrew Hammel
OWEN & ROUNTREE, L.L.P.
510 S.Congress, Ste. 308
Austin, Texas 78704

_____
TINA J. DETTMER
Assistant Attorney General