57



JUL 16 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

PAUL RICHARD COLELLA, Petitioner, § § § v. § CIVIL ACTION NO. 01-CV-166 § JANIE COCKRELL, Director, Texas Department of Criminal Justice, Institutional Division, Respondent. § § § §

**ORDER GRANTING CONDITIONAL WRIT OF HABEAS CORPUS**

Upon the Court's consideration of Petitioner Paul Richard Colella's Petition for Writ of Habeas Corpus ("Petition") and the Confession of Error filed herein by Respondent Janie Cockrell, Director, Texas Department of Criminal Justice, Institutional Division, IT IS HEREBY ORDERED as follows:

1. A Conditional Writ of Habeas Corpus is GRANTED on Petitioner Paul Richard Colella's claim that his appointed trial counsel rendered ineffective assistance of counsel in his capital murder case.

2. This error is a violation of Paul Richard Colella's right to effective assistance of counsel under the Sixth Amendment to the United States Constitution. Accordingly, Petitioner Colella is in custody of Respondent Cockrell in violation of the United States Constitution.

3. Provided that Colella complies with his obligations under the agreement, Colella shall be released from custody, unless, within 120 days, Colella's capital murder conviction is vacated in compliance with the Agreement and state law, and upon

recommendation of the State, Colella is sentenced to 20 years confinement in the Institutional Division of TDCJ with credit for time served on a day-for-day basis.

SIGNED this 16th day of July, 2003, at Brownsville, Texas.

FILEMON B. VELA
UNITED STATES DISTRICT JUDGE

APPROVED, AGREED, AND SO STIPULATED:

TINA J. DETTMER
Assistant Attorney General
Southern District No. 31496
State Bar No. 24026139
Office of the Attorney General
Post-conviction Litigation Division
PO Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone: 512.936.1600
Telecopier: 512.320.8132

COUNSEL FOR RESPONDENT

ANDREW HAMMEL
Attorney in Charge
Southern District No. 20611
State Bar No. 00796698
OWEN & ROUNTREE, L.L.P.
510 S. Congress, Ste. 308
Austin, Texas 78704
Telephone: (512) 320-0334
Telecopier: (512) 320-8027

COUNSEL FOR PETITIONER