

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 1 6 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| PAUL RICHARD COLELLA,<br>  Petitioner, § § § | |
| v. § | CIVIL ACTION NO. 01-CV-166 |
| § | |
| JANIE COCKRELL, Director,<br>Texas Department of Criminal<br>Justice, Institutional Division,<br>  Respondent. § § § § | |

## ORDER OF DISMISSAL WITH PREJUDICE

On ___July 17___, 2003, this Court entered an Order Granting Writ of Habeas Corpus in this proceeding under 28 U.S.C. § 2254. Petitioner Paul Richard Colella and Respondent Janie Cockrell, Director, Texas Department of Criminal Justice, Institutional Division, have now appeared before the Court, by and through their respective counsel of record, and announced to the Court that pursuant to compromise and settlement, all claims alleged in Petitioner's Petition for Writ of Habeas Corpus, <u>except</u> for the claim of ineffective assistance of counsel set forth in this Court's Order Granting Writ of Habeas Corpus, should be dismissed with prejudice.

Accordingly, all claims set forth in Petitioner's Petition for Writ of Habeas Corpus, except for the claim of ineffective assistance of counsel addressed in this Court's Order Granting Writ of Habeas Corpus, are hereby DISMISSED WITH PREJUDICE.

SIGNED on this the 17th day of ___July___, 2003 at Brownsville, Texas.

FILEMON B. VELA
UNITED STATES DISTRICT JUDGE

-Page Solo-