United States District Court
Southern District of Texas
FILED

JUL 2 3 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| PAUL RICHARD COLELLA, § § § Petitioner. § § v. § § JANIE COCKRELL, § § Director, Texas Department of Criminal § Justice, Institutional Division. § | Civil Action-01-CV-166 |

**Joint Motion to Withdraw Entry of Order of Dismissal with Prejudice**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

On July 16th, 2003, Petitioner Colella and Respondent Janie Cockrell, the Director of the Texas Department of Criminal Justice, Institutional Division ("the Parties") filed with this Court an Agreement reflecting an agreed resolution of Mr. Colella's Petition for Writ of Habeas Corpus. As part of that agreement, the Parties submitted two instruments for this Court's signature: a Conditional Grant of the Writ of Habeas Corpus and an Order of Dismissal with Prejudice. On July 16th, 2003, this Court signed and entered the Order Granting the Conditional Writ. On July 17th, this Court signed the Order of Dismissal with Prejudice.

This Parties' Agreement, however, contemplated that the Order of Dismissal would be signed only *after* Mr. Colella had returned to state court, pleaded guilty in the terms specified in the Agreement, and was sentenced in accordance with the Agreement. *See* Agreement at 2-3.

After these events had taken place, the Parties would send notice to this Court, which was then to sign the Order of Dismissal with Prejudice, which would bring Mr. Colella's federal habeas proceedings to an end. To the extent this sequence of events was not clearly laid out in the Agreement, the Parties apologize for any miscommunication.

*Requested Relief*

The premature entry of the Order of Dismissal with Prejudice tends to frustrate the purpose of the Agreement, and both undersigned parties respectfully ask this Court to sign the Order withdrawing the Order of Dismissal with Prejudice, which is being submitted with this Motion. The Parties further request that the Order of Dismissal with Prejudice be re-entered, but *only* after the Court has received notice from the Parties that the terms of the Agreement have been fully complied with in state court proceedings. The Parties will to the Court send a new, unsigned copy of the Order of Dismissal after all terms of the Agreement have been fulfilled.

Respectfully Submitted,

TINA J. DETTMER
Assistant Attorney General
Attorney-in-Charge
Southern District No. 31496
State Bar No. 24026139

Office of the Attorney General
Postconviction Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone: (512) 936-1600

Telecopier: (512) 320-8132

ATTORNEY FOR RESPONDENT

_____
ANDREW HAMMEL
Attorney in Charge
Southern District No. 20611
State Bar No. 00796698
OWEN & ROUNTREE, L.L.P.
510 S. Congress, Ste. 308
Austin, Texas 78704
Ph: (512) 320-0334
Fax: (512) 320-8027

SUSAN L. KARAMANIAN
Southern District No. 10788
State Bar No. 11097600
2000 H Street, N.W.
Washington D.C. 20052
Ph: (202) 994-1210
Fax: (202) 994-2831

MICHAEL V. POWELL
Southern District No. 5429
State Bar No. 16204400
2200 Ross Avenue
Dallas, TX 75201-6776
Ph: (214) 740-8000
Fax: (214) 740-8800

ATTORNEYS FOR PETITIONER
PAUL RICHARD COLELLA

Page 3 of 4

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PAUL RICHARD COLELLA, | § | |
|     Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 01-CV-166 |
| | § | |
| JANIE COCKRELL, Director, | § | |
| Texas Department of Criminal | § | |
| Justice, Institutional Division, | § | |
|     Respondent. | § | |

## ORDER WITHDRAWING ENTRY OF ORDER OF DISMISSAL WITH PREJUDICE

Upon the Court's consideration of the Joint Motion to Withdraw Entry of Order of Dismissal with Prejudice submitted by Petitioner Paul Richard Colella and the Respondent Jane Cockrell, Director, Texas Department of Criminal Justice, Institutional Division, the Court hereby ORDERS that the Order of Dismissal with Prejudice entered by this Court on July 17th, 2003, is hereby WITHDRAWN. The Order Granting a Conditional Writ of Habeas Corpus is not affected, and continues in force. This Court will enter an Order of Dismissal with Prejudice only upon receipt of notice by the parties that the terms of the parties' Agreement filed in this Court on July 16th, 2003 have been satisfactorily complied with.

SIGNED this _____ day of _____, 2003, at Brownsville, Texas.

                                                      FILEMON B. VELA
                                                      UNITED STATES DISTRICT JUDGE