

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 2 8 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| PAUL RICHARD COLELLA, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 01-CV-166 |
| | § | |
| JANIE COCKRELL, Director, | § | |
| Texas Department of Criminal | § | |
| Justice, Institutional Division, | § | |
| Respondent. | § | |

## ORDER WITHDRAWING ENTRY OF ORDER OF DISMISSAL WITH PREJUDICE

Upon the Court's consideration of the Joint Motion to Withdraw Entry of Order of Dismissal with Prejudice submitted by Petitioner Paul Richard Colella and the Respondent Jane Cockrell, Director, Texas Department of Criminal Justice, Institutional Division, the Court hereby ORDERS that the Order of Dismissal with Prejudice entered by this Court on July 17th, 2003, is hereby WITHDRAWN. The Order Granting a Conditional Writ of Habeas Corpus is not affected, and continues in force. This Court will enter an Order of Dismissal with Prejudice only upon receipt of notice by the parties that the terms of the parties' Agreement filed in this Court on July 16th, 2003 have been satisfactorily complied with.

SIGNED this 25th day of July, 2003, at Brownsville, Texas.

FILEMON B. VELA
UNITED STATES DISTRICT JUDGE